AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>Travis Wayne Vavra<br>*Defendant(s)* | )<br>)<br>)  Case No. 3:19-MJ-9846-ATB<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of July 1, 2015 through September 30, 2019 in the county of El Paso in the Western District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. § 2423(a) | Interstate Transportation of a Minor with Intent to Engage in Sexual Activity |

This criminal complaint is based on these facts:

See attached affidavit.

☐ Continued on the attached sheet.

*Complainant's signature*

**Richard Tillman, Special Agent**
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☐ Sworn to telephonically and signed electronically.

Date: 12/9/2019

*Judge's signature*

City and state: El Paso, Texas

Anne T. Berton, U.S. Magistrate Judge
*Printed name and title*

## PROBABLE CAUSE STATEMENT

1. I, Richard Tillman, hereinafter referred to as Complainant, am a Special Agent (SA) of the Federal Bureau of Investigation (FBI), El Paso Division (EPD). As an SA, I am assigned to conduct investigations involving violations of Federal Criminal Law, including crimes involving the sexual exploitation of children under Title 18 of the United States Code.

2. On November 18, 2019, a fourteen year old minor child (hereinafter, Victim), reported that he had been forced to engage in a long-running series of sexual activity with an individual later identified as Travis Wayne Vavra (hereinafter, Vavra)—a long haul truck driver. Based on that report, SAs with the FBI interviewed Victim. During that interview, Victim stated that from approximately September 2015 to September 2019, Vavra transported victim in his tractor trailer from the Western District of Texas to several different states, including New Mexico, Missouri, Arizona, California, Wisconsin, Illinois, Nebraska, Maryland and Ohio. Victim further stated that in each of the places listed above, Victim and Vavra engaged in sexual activity with each other. Victim further stated that the sexual activity, once initiated, occurred almost every night that Victim and Vavra were alone together during their many interstate trips. Victim additionally said that Victim was either forced to engage in the sexual activity by Vavra, or that Vavra would commit sexual acts on Victim while Victim was asleep. Between September 2015 and September 2019, the Victim was between the ages of nine and fourteen.

3. In each of the states listed above, the sexual activity that Victim described to FBI SAs was sexual activity for which a person could be charged with a criminal offense.

4. FBI SAs interviewed a second person (hereinafter, Person #1) who stated that on or about July, 2015, Person #1 observed a flyer in a gas station located in Anthony, Texas, which advertised free season passes to a local waterpark. Person #1 called the telephone number listed on the flyer and arranged to meet the person who answered the call at a gas station in Anthony, Texas, so that Person #1 could obtain the free passes. Person #1 was attempting to obtain the passes on behalf of, and for the use of, Victim and victim's younger sister. Person #1 took the then-nine year old Victim and Victim's younger sister to this meet. The individual that met Person #1 in Anthony, Texas, identified himself to Person #1 as Vavra. During the meeting Vavra gave Person #1 the advertised waterpark passes and also provided to Person #1 a business card stating that Vavra was a truck driver that was able to take children on vacations to explore the United States. According to Person #1, Vavra told Person #1 and the Victim that Vavra had taken other children to visit amusement parks in the past, all at no cost to the children or their families. Since 2015, Person #1 and Victim communicated with Vavra via cell phone numbers that are registered to Vavra.

5. On December 6, 2019, Vavra was interviewed by FBI Special Agents. During the interview, Vavra admitted that he knew Victim and Person #1, but denied having ever engaged in sexual

activity with Victim. Vavra did, however admit that he took victim on numerous overnight interstate trips since meeting subject in 2015.

6. Based upon the above information, the Complainant has probable cause to believe that beginning on or about July 2015 and continuing through and including on or about September 2019, Travis Wayne Vavra committed the offense of transportation of minors with intent to engage in criminal sexual activity by using any means or facility of interstate or foreign commerce, in violation of 18 U.S.C. 2423(a).