JUDGE PHILIP MARTINEZ

FILED

2020 JAN -2 PM 12: 35

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | Cause No. EP-20-CR- |
| Plaintiff, | § § | **INDICTMENT** |
| v. | § § | CT. 1: 18 U.S.C. § 2423(a) |
| TRAVIS WAYNE VAVRA, | § § | Transportation of Minors |
| Defendant. | § § § | *Notice of Government's Demand for Forfeiture* |



THE GRAND JURY CHARGES THAT:

**EP20CR0065**

**COUNT ONE**
**(Transportation with Intent to Engage in Criminal Sexual Activity)**
**(18 U.S.C. § 2423(a))**

Beginning on or about September 1, 2015, and continuing to and including on or about, June 30, 2019, in the Western District of Texas, and elsewhere, the Defendant,

**TRAVIS WAYNE VAVRA,**

did knowingly transport R.S., an individual who had not attained the age of 18 years, in interstate commerce, with intent that R.S. engage in sexual activity for which any person can be charged with a criminal offense in violation of Title 18 United States Code Section 2423(a).

**NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE**
[*See* Fed. R. Crim. P. 32.2]

**I.**
**Sexual Exploitation of Children Violations and Forfeiture Statutes**

As a result of the foregoing Sexual Exploitation of Children violations, the United States of America gives notice of its intent to seek the forfeiture of certain property subject to forfeiture, upon conviction and pursuant to Fed. R. Crim. P. 32.2 and Title 18 U.S.C. § 2423, which states:

**Title 18 U.S.C. § 2428. Criminal forfeiture**
    **(a) In general.**-The court, in imposing sentence on any person convicted of a violation of this chapter, shall order, in addition to any other sentence

imposed and irrespective of any provision of State Law, that such person shall forfeiture to the United States-
> (1) such person's interest in any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation; and
> (2) any property, real or personal, constituting or derived from any proceeds that such person obtained, directly or indirectly, as a result of such violation.

**(b) Property subject to forfeiture**.-
> (1) In general. – The following shall be subject to forfeiture to the United States and no property right shall exist in them:
>> (A) Any property, real or personal, used or intended to be used to commit or to facilitate the commission of any violation of this chapter.
>> (B) Any property, real or personal, that constitutes or is derived from proceeds traceable to any violation of this chapter.

A TRUE BILL.

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002
_____
FOREPERSON OF THE GRAND JURY

JOHN F. BASH
UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney

2