IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | § § § | **S E A L E D** |
| Plaintiff, | § § | |
| v. | § § | CRIMINAL NO.  EP-20-CR-00065-PRM |
| **TRAVIS WAYNE VAVRA,** | § § § | |
| Defendant. | § § § § | |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas and files this Motion For Leave to File Under Seal in the above entitled and numbered cause and would respectfully show onto the Honorable Court as follows:

In light of the sensitive nature of the information contained within the proposed sealed documents, the United States hereby moves that these attached proposed sealed documents and this Motion for Leave to File Under Seal be **SEALED** until further order of this Court, save and except that a copy of each may be provided to counsel for the Defendant and the United States.

Wherefore, the Government respectfully prays that this Motion and proposed sealed documents be **SEALED**.

                                        Respectfully submitted,

                                        JOHN F. BASH
                                        UNITED STATES ATTORNEY

By:    /s/
        SARAH VALENZUELA
        Assistant U.S. Attorney
        Texas Bar #24089261
        700 E. San Antonio, Suite 200
        El Paso, Texas 79901
        (915) 534-6884

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | § § § | **S E A L E D** |
| Plaintiff, | § § | |
| v. | § § | **CRIMINAL NO. EP-20-CR-00065-PRM** |
| **TRAVIS WAYNE VAVRA,** | § § § | |
| Defendant. | § § § § | |

## ORDER

On this date came to be considered the Government's Motion for Leave to File Under Seal in the above entitled and numbered cause, and the Court having considered the same, is of the opinion that said Motion should be **GRANTED**.

IT IS THEREFORE ORDERED, that the Government's Motion for Leave to File Under Seal and attached proposed sealed documents, filed in the above entitled and numbered cause be and are hereby **SEALED**, until further order of this Court, save and except that a copy of each may be provided to counsel for the Defendant and the United States.

SIGNED and ENTERED this _____ day of _____, 2020.

_____
PHILIP R. MARTINEZ
UNITED STATES DISTRICT JUDGE