# INCIDENT / INVESTIGATION REPORT
** Contains Restricted Names **

## INCIDENT DATA

| Field | Value |
|---|---|
| Agency Name | El Paso County Sheriff's |
| ORI | TX0710000 |
| OCA | 2019-11493 |
| Date / Time Reported | MO Nov 18, 2019  09:54 |

**Crime Incident #1:** AGG SEXUAL ASSAULT CHILD — UCR: 11A — Local Statute: 22.021(a)(2)(B) — ☒ Com — Last Known Secure: MO Nov 18, 2019  09:54

**Crime Incident #2:** — At Found: MO Nov 18, 2019  09:54

**Crime Incident #3:**

**Location of Incident:** 401 Chisom Dr, Canutillo, TX 79821
**Premise Type:** Residence/Home
**Offense Tract:** VIN

## MO
**How Attacked or Committed:**
**Weapon / Tools:** Personal Weapons (Hands, Etc.)
**Forcible Entry:** ☒ N/A

## VICTIM
**# Victims:** 1   **Type:** Individual   **Injury:** None

**V1** — JUVENILE SEXUAL ASSAULT VICTIM
**Victim of Crime #:** 1
**Race/Sex:** W / M
**Home Address:** Anthiny, NM 88021

## OTHERS INVOLVED
CODES: V- Victim (Denote V2, V3)  O = Owner (if other than victim)  R = Reporting Person (if other than victim)  I = Other Involved

**RP1** — Sanchez, Deyanire Julier
Home Address: Anthony, NM 88021
Employer: Self-Employed
Race/Sex: W / F
Home Phone: (575) ...

**IO2** — Sanchez, Roberto
Home Address: NM 88021
Employer: Lucky Motor Sports / 9809 MONTANA
Race/Sex: W / M
Home Phone: (915) ...
Business Phone: (915) 500-1566

## PROPERTY
Status Codes: L = Lost  S = Stolen  R = Recovered  D = Damaged  Z = Seized  B = Burned  C = Counterfeit / Forged  F = Found  U = Unknown
(Check "OJ" column if recovered for other jurisdiction)

| Victim # | UCR | Status - Date | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Number of Vehicles Stolen: 0   Number Vehicles Recovered: 0

## ID
**Officer/Employee:** (5823) CALZADA, JOSE
**Supervisor Signature:** (2980) PERALES, RICARDO
**Case Status:** Further Investigation — November 18,
**Case Disposition:**

Printed at: 11/25/2019 08:31   4677   Page: 1

**GOVERNMENT EXHIBIT 1**

# Incident / Investigation Report

El Paso County Sheriff's

OCA: 2019-11493

| Status Codes | L = Lost   S = Stolen   R = Recovered   D = Damaged   Z = Seized   B = Burned   C = Counterfeit / Forged   F = Found   U = Unknown |
|---|---|

**DRUGS**

| Status | Quantity | Type Measure | Suspected Drug Type | |
|---|---|---|---|---|
| | | | | |

**OFFENDER**

Offender(s) Suspected of Using:
- ☐ Drugs   ☑ N/A
- ☐ Alcohol
- ☐ Computer

| Offender 1 OF1 | Offender 2 | Offender 3 | Primary Offender Resident Status |
|---|---|---|---|
| Age: 57   Race: W   Sex: M | Age:   Race:   Sex: | Age:   Race:   Sex: | ☐ Resident<br>☐ Non-Resident<br>☑ Unknown |
| Offender 4 | Offender 5 | Offender 6 | |
| Age:   Race:   Sex: | Age:   Race:   Sex: | Age:   Race:   Sex: | |

**SUSPECT**

| Name (L, F M) | Vavra, Travis Wayne | | | Home Address | 401 Chisom Dr, Canutillo, TX 79821 | Home Phone (915) 873-4907 |
|---|---|---|---|---|---|---|
| OF1   AKA | | | | | | |
| Occupation | Truck Driver | | | Business Address | Mesilla Valley Transportation | Business Phone (800) 529-2477 |

| DOB. / Age | Race | Sex | Hgt | Wgt | Build | Hair Color Grey Or | Eye Color Blue |
|---|---|---|---|---|---|---|---|
| 3/31/1962   57 | W | M | 6'04 | 198 | | | |
| | | | | | Hair Style | Hair Length | Glasses |

Scars, Marks, Tatoos, or other distinguishing features (i.e. limp, foreign accent, voice characteristics)

| Hat | Shirt/Blouse | Coat/Suit | Socks |
|---|---|---|---|
| Jacket | Tie/Scarf | Pants/Dress/Skirt | Shoes |

| Was Suspect Armed? | Type of Weapon | Direction of Travel | Mode of Travel |
|---|---|---|---|

**VEH**

| VYR | Make | Model | Style/Doors | Color | Lic/Lis | Vin |
|---|---|---|---|---|---|---|

Suspect Hate / Bias Motivated:   ☐ Yes   ☑ No   Type:

**WITNESS**

| Name (Last, First, Middle) | D.O.B. | Age | Race | Sex |
|---|---|---|---|---|
| Home Address | Home Phone | Employer | | Phone |

**NARRATIVE**

11/18/2019

0957 hours

I was dispatched to 435 E. Vinton in El Paso County Texas reference to a sexual assault.

1020 hours

I arrived and met with REPORTER who stated that her 14 year old son/VICTIM(Juvenile) made an outcry to her that he was sexually abused by a longtime family friend OFFENDER from the years 2015 to 2019. REPORTER stated the abuse occurred at the OFFENDER'S residence located at 401 Chisom in El Paso County Texas and in various other states while her son was on trips with the OFFENDER. REPORTER stated she did not give the OFFENDER effective consent to sexually assault her son and she wishes to file criminal charges on behalf of the juvenile/victim for Aggravated Sexual Assault against the offender.

Deputy J. Calzada #5823

Printed at: 11/25/2019 08:31        4677        Page: 2

## Incident / Investigation Report

El Paso County Sheriff's

OCA: *2019-11493*

**Officer's Narrative (continued)**

Northwest Patrol station

## Incident / Investigation Report

El Paso County Sheriff's

OCA: 2019-11493

**Investigative Supplement**

Officer (5823) CALZADA, JOSE       Date / Time Reported  MO Nov 18, 2019   09:54

**THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY**

11/18/2019

0957 hours
I was dispatched to 435 E. Vinton in El Paso County Texas reference to a sexual assault.

1020 hours
I arrived and met with Sanchez, Deyanire Julier DOB [redacted] REPORTER who stated that her son R[redacted] S[redacted] J[redacted] DOB [redacted] VICTIM made an outcry to her that he was sexually abused by a friend who has been a friend of the family for the past 5 years. REPORTER identified the OFFENDER as Travis Wayne Vavra DOB 03/31/1962. REPORTER stated the abuse occurred at the OFFENDER'S residence located at 401 Chisom in El Paso County Texas between the years of 2015 to 2019. REPORTER stated the OFFENDER has not lived in this residence for the past year. REPORTER stated the OFFENDER whose profession is Truck driver also sexually abused the VICTIM in various other states while he accompanied him on work trips. REPORTER stated those states include Arkansas, Tennessee, Virginia, Maryland, Pennsylvania, Ohio, Indiana, Missouri, Oklahoma, Kentucky, Iowa, Michigan and Arizona. REPORTER stated the OFFENDER has also used a second mailing address of 202 North Mesa Spc B which is where his ex-wife lives, however his current whereabouts are unknown at this time.

REPORTER stated she has filed a police report with the Dona Ana Sheriff's Office because her home is located in Anthony New Mexico. REPORTER stated Dona Ana Sheriff's Office generated a report (SEE Case#2019-03019) and advised her to report the incident in El Paso County Texas because part of the abuse occurred in that jurisdiction.

1056 hours
Sgt Belknap from the Major Crimes Unit was contacted and advised of the incident. Sgt Belknap advised to obtained a written statement and contact Child Protective Services.

1111 hours
I obtained a written statement from the REPORTER. The following is a synopsis of the statement obtained.

REPORTER stated on 11/17/2019 at approximately 1000 hours she and her ex-husband/ROBERT Sanchez Sr DOB [redacted] INVOVLED OTHER received a text message form the OFFENDER stating the VICTIM is falsely accusing him of sexual abuse. In this same text messages the OFFENDER states that if the VICTIM goes to the police he will end up and juvie, and 3 adults will be arrested. VICTIM STATED IO#1 asked the VICTIM if the OFFENDER has ever abused him to which the VICTIM was hesitant to reply. REPORTER stated IO#1 continued to question the VICTIM and asked him if the OFFENDER ever touched him, take pictures of him, or molest him to which the VICTIM replied yes to everything.

REPORTER stated IO#1 met with her at her residence and advised her of the incident. REPORTER stated she contacted the VICTIM who remained behind at IO#1 residence via cell phone. REPORTER stated she asked the VICTIM why you didn't tell me to which he replied that he was threatened by the OFFENDER and was scared to come forward. VICTIM stated he did not want people to find out what happened to him. REPORTER stated she told the VICTIM I will not force you, but if he abused your sister or other children he needs to be punished. REPORTER stated the after reflecting the VICTIM agreed to report the incident but needed more time to mentally prepare for it. REPORTER stated she agreed and told the VICTIM they will report the incident on Tuesday (11/19/2019).

## Incident / Investigation Report

El Paso County Sheriff's

OCA: 2019-11493

**Investigative Supplement**

Officer (5823) CALZADA, JOSE          Date / Time Reported   MO Nov 18, 2019   09:54

**THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY**

Reporter
~~VICTIM~~ stated later that day she asked the VICTIM via text message why didn't he tell her what was happening. REPORTER stated the VICTIM told her he is scared of the OFFENDER because he always tells him he has powerful friends and lawyers, and no one will believe him.

REPORTER stated she told the VICTIM he doesn't have to tell her what happen exactly, but he must recall when the incidents occurred, how they occurred, and where it occurred to report to the police. REPORTER stated the VICTIM then told her the OFFENDER said I used him. "How did I use him if every night it happened over and over". VICTIM stated " I wasn't dreaming even though the OFFENDER said it never happened". "It wasn't a dream".

REPORTER stated he asked the VICTIM in Spanish" Se desvistio enfrente de ti "(did he undress in front of you). REPORTER stated she asked him. Did he play with himself to which the OFFNDER stated "yes" to both questions. REPORTER stated it was hard for her to hear this things and told the VICTIM to not say anymore. REPORTER stated the VICTIM told him that he is afraid the OFFENDER also molested his younger sister named ▓▓▓▓ to which the REPORTER told him she does not believe he did, and reassured she is there for him.

REPORTER stated the VICTIM also advised her the reason the OFFENDER is not living at the residence located at 401 Chisom is because either the daughter in law named Martha or the Grandson named Arron confronted the OFFENDER via text message which caused him to move out. REPORTER stated the VICTIM told her the text message sent by the family members stated "you better not be doing to the VICTIM what he did to him or her". REPORTER stated she was unsure of who actually sent the message.

REPORTER stated that on today's date (11/18/2019) the VICTIM told her the first incident occurred in Eloy, Arizona in 2015. REPORTER stated the VICTIM told her the last time he was abused was September of this year at La Quinta hotel located in Mesa Street across from a Walmart and Cracker Barrel. REPORTER also stated she recalls going on a road trip where the OFFENDER was delivering goods across approximately 12 states. REPORTER stated the VICTIM told her he was abused by the OFFENDER during this trip and also during other work related road trips where he accompanied him. REPORTER stated the reported the incident to Dona Ana County Sheriff's office after this.

REPORTER stated she wishes to file criminal charges on the OFFENDER.

I asked the REPORTER if she believes the OFFENDER also abused the younger sister. The reporter stated she does not believe he did because he was not exposed to him as often as the VICTIM, however she did spend time with the OFFENDER as well. I asked the REPORTER if she was positive to which she stated she does not believe she was abused.

1430 hours
I contacted CPS and spoke with Case worker Anna #5523. I advised the facts of the case and she provided me with report # 72943974.

I obtained a screen shot of the text messages sent by the OFFENDER to the REPORTER and INVOLVED OTHER. The screen shots where attached to the report along with field notes, and the REPORTER'S statement.

## Incident / Investigation Report

| El Paso County Sheriff's | OCA: 2019-11493 |

**Investigative Supplement**

Officer   (5823) CALZADA, JOSE             Date / Time Reported   *MO Nov 18, 2019*   *09:54*

### THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

```
The entire incident was recorded by my AXON body cam and uploaded to evidence.com tagged with case ID.


Deputy J. Calzada #5823
Northwest Patrol station
```

## Incident / Investigation Report

El Paso County Sheriff's

OCA: 2019-11493

**Additional Officer Supplements**

**THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY**

Officer  (4469) GUTIERREZ, MOISES

Supplement Type:                                                          Date / Time  11/21/2019  15:45

11/19/19
I received this case for further investigation.

11/21/19
I reviewed the case and observed the Juvenile Victim had been sexually assaulted numerous times and across several states.

At this time, I believe the investigation should be handled at the federal level because the Offender transported the Victim across several states.

1537 hours
I called the Reporter at (575) ▇▇▇▇ and advised her that the case may be taken over at the federal level. I advised the Reporter it would make more sense that they do the investigation because the Victim was transported across several states and sexually assaulted. I advised the Reporter that I would be calling her back in the next several days to advise her on who would investigate the case.

# Morton Act Field Notes

Case # 2019-11493

Date/Time reported: _____   Date/Time Occurred: 2015-2019   Date/Time noticed: 11/19/19  1030 am

Address of Occurrence: 401 Chuon   Location of occurrence: _____

Offense: _____

---

Name of VI/WIT/RP: Sanchez, Devanine Julier   DOB: 9/27/1985
Home address and PO BOX: _____
Driver's license/ ID # /State: _____
Contact number(s): (575) _____   SS#: _____
Employer and number: Self Employed   Emergency Contact info: _____
Telephone # _____   @ynl

---

## Vehicle information:

Make: _____   Model: _____   Year: _____
License Plate #/ State: _____   Color: _____
VIN# _____   Style: _____
Registration year: _____   Registered Owner: _____

---

## ADDITIONAL PEOPLE INVOLVED:

Name of VI/WIT/RP: R_____ S_____   14 year old   DOB: _____
Home address and PO BOX: _____   Anthony NM 88021
Driver's license/ ID #: N/A
Contact number(s): /   SS#: /
Employer and number: /   Emergency Contact info: /
Telephone # _____

---

CASE   R_____ S_____ DOB _____
NOTES:  Travis Wayne Matel 31 1962   202 B North Mesa (ex-wife)
        Vavra  -(915) 999-1962      1 year

SSN - ?                              Text 0902hrs /11/17/2019
                        (Father)
        5 years Known - Friend    Robert Sanchez -

Texas, Arkansas, Tennessee, Virginia, Maryland, Pennsylvania, Toledo; Ohio, Indiana
Illinois, Missouri Joplin, Oklahoma city, Kentucky, Iowa, Michigan, Arizona

# El Paso County Sheriff's Office

## MULTI-PURPOSE REPORT

CASE NO. **2019-11493**

| | | |
|---|---|---|
| CONTINUATION | OFFENSE | Aggravated sexual assault |
| SUPPLEMENTARY REPORT | | |
| SWORN SUPPLEMENT [X] | COMPLAINANT | Sanchez, Deyanire Julier |
| WITNESS AFFIDAVIT | ADDRESS | 435 E. Vinton Rd. Ste. D Vinton, TX 79821 |

INCIDENT NO. _____

This statement was given voluntarily to: Deputy J. Calzada#5823
Of the El Paso County Sheriff's Department by: Sanchez, Deyanire Julier
Address _____ DOB _____ Phone # 575_____
Time 1111 hours   Date 11/18/2019   Page 1 Of 1 Pages

My name is Sanchez, Deyanire Julier I am 34 years old. I live in _____ Anthony, NM 88021 and I have lived there for 3 years. I am giving this statement on my own free will with no threats or promises of any kind having been made to me.

On 11/17/2019 1000 my ex-husband named Robert Sanchez received a text message from Travis who is a friend of the family for the last 5 years. In the text message, which he also sent to me he wrote R____ is falsely accusing me of abuse, because he is mad at me. In that same text message he also said if R____ goes to make a police report R____ will go to juvie, and 3 adults will go to jail. He also said R____ has a bruise on his right eye, but I'm not quite sure what he's talking about. My ex-husband Robert Sr asked R____ to tell him if he ever did something to you, because if you don't tell me there's no way I can help you. My son R____ was hesitant of telling him what occurred. Robert Sr asked him did he touch, did he take pictures of you, did he molest you. He just said "yes". My ex-husband did not question him further, he just left it at that.

After that Robert Sr called me and said we need to talk. He came over to my home and told me that R____ told him he was being abused by Travis. R____ stayed at his dad's house so Robert Sr called him, and told him I'm here with your mom. I talked with him on the phone and I said I'm sorry son. I asked "why you didn't tell me". He said he was threatened and that it's not easy to say that somebody abused him. I told him we would have to go to the police to report this. He said no mom because everybody's going to know what happened to me. I don't want people to know what happened to me. I said if that's what you want we won't do anything, but if he abused other kids or your sister then we have to come forward that way he can be punished for what he did. I hung up the phone and 30 min to an hour later Robert Sr called him back and he said ok I want to go through with it. I told him where going to go today, and he said I can't. He said I'm not ready. It was hard for me to tell you guys. I can't tell a stranger what happen to me. I said ok let me know when you're ready. I said we can go Tuesday it's my day off.

I went to church and I sent my son a text saying I'm sorry this happened to you, I love you. I told him why you didn't tell me. He's response was the same. He said he's scared because Travis always told him that he has lawyers and powerful people that aren't going to believe anything I said. He said it's not easy to tell anybody what happen to me.

I went to work after church and I called my sons father and asked him how R____ is doing. Robert Sr said hold on he's here let me put you on speaker. I told him again son why didn't you tell me. He said it's not easy trusting people. I trust my dad to tell him what happened. I said grandma asked you, grandpa asked you. You should have

This Offense is Declared:
Exceptionally Cleared [ ]
Inactive (Not Cleared) [ ]
Unfounded [ ]
Cleared By Arrest [ ]

SHERIFF'S 132-106 (REVISED)

Subscribed and sworn to before me, the undersigned authority, on this the 18th Day of Nov 2019

Andrew Neverkovec III
ID# 13186902-1
NOTARY PUBLIC
In and for the State of Texas
My commission expires
01-28-23

EP-20-CR-00065-PRM - 000009

# El Paso County Sheriff's Office

## MULTI-PURPOSE REPORT

| | | | CASE NO. | 2019-11493 |
|---|---|---|---|---|

| CONTINUATION | | OFFENSE | Aggravated sexual assault | | INCIDENT NO. | |
|---|---|---|---|---|---|---|
| SUPPLEMENTARY REPORT | | | | | | |
| SWORN SUPPLEMENT | X | COMPLAINANT | Sanchez, Deyanire Julier | | | |
| WITNESS AFFIDAVIT | | ADDRESS | 435 E. Vinton Rd. Ste. D Vinton, TX 79821 | | | |

| This statement was given voluntarily to: | Deputy J. Calzada#5823 | | | | | |
|---|---|---|---|---|---|---|
| Of the El Paso County Sheriff's Department by: | Sanchez, Deyanire Julier | | | | | |
| Address | | | DOB | | Phone # | 575 |
| Time | 1111 hours | Date | 11/18/2019 | Page | 1 Of 1 | Pages |

told them. He said yes mom, but it's not easy. I told him we need to go to counseling because he ruined your childhood. I told him "R___ you don't have to tell me but you're going to have remember how it happened, when it happened, and where it happened". He paused for a minute and he then told me Travis said that I used him. How did I use him if every night it happened over and over. I wasn't dreaming even though he said it never happened. It wasn't a dream. I told him in Spanish "se desvistio enfrente de ti" (did he get naked in front of you). I asked him did he play with himself. He said "yes". I said don't tell me anymore son. I don't want to hear anymore. He said you see mom that's why I don't want to tell you, because he could hear my voice cracking. He said I hope he didn't do anything to my sister. He said he doesn't' care what happen to him, but if something happen to my sister that would tear him apart. He said what's done is done to me, but if something happened to my sister it will break my heart. He said Travis is not a good man. He said I told you not to let my sister go. I said he didn't do anything to your sister. I told him pedophiles have a type. He said you don't know that mom. He said he could have molested her as well. I left it at that and reassured him I'm here for you. He said he was also abused at the house located at 401 Chisom in Canutillo Texas. Travis lived there along with Martha who is Travis Daughter in law, and Arron who Travis grandchild. I'm not quite sure of the relation to Travis. My son said the reason we left that house was because either Martha or Arron sent a text message saying I hope you're not doing to R___ what you did to me. I'm not really sure who sent the text. That's all my son told me.

On today's date in the morning ___ told me the first incident happen in Eloy Arizona in 2015. He said that the last one happened in September at La Quinta Hotel in front of Walmart located at Mesa Street in El Paso County Texas. I was thinking I went with Travis and R___ on a trip. The trip was across twelve states. Travis is a truck driver, and he was delivering goods and bringing some back. My son mentioned to me that the trip that i went on with Travis and him he was abused by Travis. He also said he was abused on the other states when he went with Travis by himself on other trips. After that we went to Dona Ana sheriff's Office to file the report.

This statement is true to the best of my knowledge ___ nothing follows ___

This Offense is Declared:
Exceptionally Cleared ☐
Inactive (Not Cleared) ☐
Unfounded ☐
Cleared By Arrest ☐

SHERIFF'S 132-106 (REVISED)

Subscribed and sworn to before me, the undersigned authority on this the 18th Day of NOV, 2019.

Andrew Neverkovec III
ID# 13186902-1
NOTARY PUBLIC
In and for the State of Texas
My commission expires
01-28-23

CASE #: 2019-03019
DATE: 11/18/2019
OFFICER: E. Ballardo A-17
eMAIL: eggllardo @city of nothing n us

820 Highway 478
Anthony NM 88021
Dispatch: (575) 526-0795 press #6
Main: (575) 882-2769
Fax: (575) 882-6191
For Emergencies Dial 911
www.cityofanthonynm.com

## Incident / Investigation Report

*El Paso County Sheriff's*

OCA: *2019-11493*

**Attached Document**