305B-EP-3204745 Serial 50

-1 of 3-

FD-302 (Rev. 5-8-10)

## FEDERAL BUREAU OF INVESTIGATION

Date of entry     01/09/2020

### CHILD VICTIM AND CHILD WITNESS IDENTITY INFORMATION

This document contains information regarding a child victim's or child witness's identity, which may only be disclosed to individuals who have a need-to-know such information by reason of their participation in the associated proceeding, or if disclosure is necessary to protect the welfare and well-being of the child.

On December 6, 2019, R████ S█████ J██ (Juvenile - Protect Identity, herein referred to as RS), DOB ██████████, home address ████████ ██████████████████████, was forensically interviewed at The Advocacy Center for the Children of El Paso (CAC), 1100 E. Cliff, Bldg D., El Paso, TX 79902 by Federal Bureau of Investigation (FBI) Child and Adolescent Forensic Interviewer (CAFI) Bonnie I. Fries. FBI Special Agents (SA) Shanna L. Beaulieu and SA Richard D. Tillman observed the interview from a separate room. Consent to interview RS was provided by RS's mother Deyanire Julier Sanchez (previously identified). **Disclosures of sexual abuse were made by RS.**

**The below is an interview summary. It is not intended to be a verbatim account and does not memorialize all statements made during the interview. Communications by the parties in the interview room were electronically recorded. The recording captures the actual words spoken.**

RS stated that Travis Wayne Vavra (Vavra) sexually abused him for, approximately, the past four years.

RS met Vavra in May, 2015 at the Pilot gas station in Anthony, TX. Vavra was giving out free season passes to Wet-N-Wild water park for families that could not afford season passes. RS' mom saw a flyer regarding the free season passes to Wet-N-Wild, which is why they met with Vavra at the Pilot gas station. Vavra was also giving out note cards which said he (Vavra) gives rides on his truck so that kids could see the country. RS begged his mom to let him (RS) go with Vavra. Later that same day, RS and his mom went

GOVERNMENT
EXHIBIT

**2**

Investigation on   12/06/2019   at   El Paso, Texas, United States (In Person)

File #   305B-EP-3204745                                      Date drafted   12/23/2019

by   Shanna L. Beaulieu, Richard D Tillman

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 5-8-10)

305B-EP-3204745

(U) Child Forensic Adolescent Interview -

Continuation of FD-302 of R██ S██ J██ , On 12/06/2019 , Page 2 of 3

back to the Pilot gas station to talk to Vavra about RS traveling with him (Vavra) on his truck. Vavra told them (RS and his mom) about stories of trips he (Vavra) took with other kids. RS believed the kids he (Vavra) previously took on his truck were now seventeen or eighteen years old. Approximately two days after meeting Vavra, RS traveled with Vavra on their first trip together. RS and his mom met Vavra at the same Pilot gas station and RS traveled with Vavra, in Vavra's 2005 Suburban, to the location where the trucks (tractor trailer trucks) were parked. Vavra and RS then left from this location on their first trip, in Vavra's truck, possibly to Chicago.

RS traveled with Vavra, in Vavra's truck, on numerous trips though many different states throughout the next four years. RS' first trip with Vavra was in May, 2015 and RS believes they traveled to Chicago. One of the stops occurred in Missouri. RS was nine years old when he first traveled with Vavra to Chicago. During this trip Vavra did not sexually assault RS; however, RS and Vavra did shower together at a truck stop in Missouri. Vavra did not touch RS and no sexual acts occurred on this trip. RS and Vavra went on other trips throughout the summer of 2015; however, no sexual acts occurred until September, 2015. RS was ten years old at this time (September, 2015). Vavra gave RS money, approximately $100.00, after almost every trip as a way of thanking him (RS) for going on the trip.

The first incident of sexual activity occurred in Eloy, Arizona in September, 2015. Vavra touched RS "down there" and also used his (Vavra's) mouth on him (RS).

**Agent Note**: RS did not want to say the word; however, wrote "Penis" on a piece of paper to describe where Vavra had touched him (RS) and where Vavra placed in his (Vavra's) mouth.

RS stated that Vavra would remove his (RS') shorts and underwear and put his (Vavra's) mouth on RS' penis. This sexual activity occurred throughout the next four years, in numerous states. RS specifically describe additional instances of the sexual activity (Vavra placing his mouth on RS' penis) occurring in Vavra's truck while in California; Vavra's residence in Vinton, Texas; Wisconsin; Texarkana, TX; Belvedere, Illinois; and Toledo, Ohio.

The first occasion, in which Vavra forced RS to put his mouth on Vavra's

FD-302a (Rev. 5-8-10)

305B-EP-3204745 Serial 50

305B-EP-3204745

(U) Child Forensic Adolescent Interview -

Continuation of FD-302 of R█████ S█████ J█ _____ , On  12/06/2019  , Page   3 of 3

penis, was in Belvedere, Illinois. RS estimated that Vavra forced RS to put his mouth on Vavra's penis approximately five times in four years. Vavra placed his mouth on RS's penis almost every night Vavra and RS were together over the past four years.

  Additionally, Vavra showed RS pornographic videos of girls doing that (referring to the above discussed sexual acts) on men. Vavra also showed RS videos from a Russian website, of children, possibly ages twelve years old and under, naked. One video depicted a nine and ten year old having sex. Vavra told RS not to tell anyone about the videos.

  RS identified Vavra via Vavra's Driver's License picture.

  Notes of interview, picture of Vavra, paper with Penis written thereon, and a compact disc containing the full video and audio recording of the interview are attached to the 1A section of this file.