305B-EP-3204745 Serial 45
-1 of 7-

FD-302 (Rev. 5-8-10)

# FEDERAL BUREAU OF INVESTIGATION

Date of entry    01/09/2020

**CHILD VICTIM AND CHILD WITNESS IDENTITY INFORMATION**

This document contains information regarding a child victim's or child witness's identity, which may only be disclosed to individuals who have a need-to-know such information by reason of their participation in the associated proceeding, or if disclosure is necessary to protect the welfare and well-being of the child.

Travis Wayne Vavra (Vavra), DOB 3/31/1962, SSN 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, presently staying at the La Quinta Inn, Room 207, 7550 Remcon Circle, El Paso, TX 79912, telephone number (915)999-1962 was interviewed at the El Paso Federal Justice Center, 660 S. Mesa Hills, El Paso, TX 79912. After being advised of the identities of the interviewing agents and the nature of the interview, Vavra provided the following information:

**The below is an interview summary. It is not intended to be a verbatim account and does not memorialize all statements made during the interview. Communications by the parties in the interview room were electronically recorded. The recording captures the actual words spoken.**

**Agent Note**: Vavra was advised of his rights via the FD-395, Federal Bureau of Investigation Advice of Rights. SA Beaulieu read the FD-395 aloud to Vavra, Vavra then reviewed the FD-395 and signed the document at approximately 8:08 p.m. Vavra was notified he could revoke the waiver of his rights at any time. Vavra was advised the interviewing agents could not advise him regarding a lawyer, should he decide he wanted an attorney. Vavra was provided a bottle of water.

Vavra presently works for TAX. Vavra has been a truck driver for approximately 40 years. Thomas Avila (ph)(Avila) is the owner of TAX and the trucks Vavra drives. Vavra will drive the same truck until he receives a new one from Avila. Vavra receives a new truck approximately every two years. Vavra has been driving his present truck for approximately one year and this truck is parked at the TAX truck yard, in Vinton.

**GOVERNMENT EXHIBIT 3**

Investigation on  12/06/2019   at   El Paso, Texas, United States (In Person)

File #  305B-EP-3204745                                          Date drafted  12/23/2019

by  Shanna L. Beaulieu, Richard D Tillman

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 5-8-10)   305B-EP-3204745 Serial 45

305B-EP-3204745

Continuation of FD-302 of (U) Travis Wayne Vavra  , On 12/06/2019 , Page 2 of 7

Vavra's daughter-in-law is always arguing with Vavra, which is why he stays in hotels, because it is cheaper than an apartment.

Vavra's grandchildren used to ride in the truck with Vavra and it helped to break up the monotony. However, once Vavra's grandchildren turned the age of fourteen years old, they no longer wanted to ride in the truck with Vavra. Vavra's grandchildren are now adults; Breanna is 26 years old, Nathan is 23 years old, one is 21 years old, and another one is nineteen years old. Vavra also has two grandchildren living in Oklahoma; Josh is twelve years old and Jaelynn (ph) is maybe ten years old.

R▓▓ S▓▓ (RS)(Juvenile Protect Identity) used to ride in the truck with Vavra, but RS is now fourteen years old, and gave it up (riding in the truck with Vavra). Vavra became real good friends with RS and RS was like a grandson to Vavra. RS rode with Vavra for approximately five-and-a-half years, ever since RS was nine years old. Vavra calls RS by the nickname Bubba. Deyanire Sanchez (Sanchez) is RS' mother's name. Vavra used to hand out free tickets to Wet-N-Wild (WNW) for the kids who could not afford to go to WNW. Vavra, his son and Avila would pitch in money to pay for the tickets and Vavra would make flyers and place them at the Dollar Store and WestWay Foods (both in Texas). People would see the flyer and call Vavra for the tickets to WNW. The purpose of providing the free tickets for WNW was to benefit kids in Canutillo and Anthony. Approximately three years before Vavra "got R▓▓" is when Vavra began to hand out the free tickets and post the flyers.

RS' dad was in prison when Vavra and RS met. RS was a pretty good kid when his (RS') Grandpa was alive; however, RS' Grandpa died in April, 2019. RS stopped riding in the truck with Vavra in June, 2019. RS was starting to act real strange but RS would tell Vavra that nothing was wrong. Prior to June, RS and Vavra would call and/or text everyday. However; everything changed after RS returned from a trip to California with his mom and Grandma. RS is the only kid that Vavra had a close relationship with (as a result of handing out the free WNW tickets). RS has never gotten along with Sanchez and Vavra would have to force RS to go home even though RS would cry and not want to go home (with Sanchez).

RS would stay at Vavra's house in Canutillo, TX off and on. Sanchez knew when RS was staying with Vavra at his residence in Canutillo, TX. RS has a

FD-302a (Rev. 5-8-10)                    305B-EP-3204745 Serial 45

305B-EP-3204745

Continuation of FD-302 of  (U) Travis Wayne Vavra                  , On  12/06/2019  , Page  3 of 7

sister named Z▮▮▮ (ph)(ZS)(Juvenile Protect Identity). Sanchez and ZS went with Vavra and RS on one trip in Vavra's truck. Vavra heard Sanchez hit RS while on that particular trip. Vavra did not visually see Sanchez hit RS, rather he heard her (Sanchez) hit RS through the curtain while he (Vavra) was driving. Vavra did not want to say anything further about Sanchez hitting RS. This was the reason RS would often stay with Vavra because RS did not want to be home and Vavra also did not want RS to be at his house (with Sanchez).

RS would travel with Vavra when RS was not in school, such as during Spring break, Thanksgiving, Christmas, etc. RS also stayed with Vavra when Vavra would stay in the hotel. Sanchez did not have money to pay for the trips RS took with Vavra so Vavra would pay for everything RS needed. Vavra bought RS an Xbox so RS could play video games while they (RS and Vavra) were traveling.

Vavra would help out Sanchez (financially) when she needed it. Vavra's grandson, Aaron, would play Xbox with RS when RS was staying at Vavra's house Canutillo, TX. Vavra also bought RS a PS4 (PlayStation 4). Vavra gave RS a credit card and a bank card, which were in Vavra's name, so that RS and ZS could eat because sometimes there would be no food in the house (with Sanchez). Vavra also pays for RS' phone and phone service. Vavra turned off the credit and bank cards.

Vavra has a book that he is keeping all of the stuff that is going on to protect Vavra and RS. RS recently went to live with his father and prior to this, RS asked Vavra to talk to Vavra's attorney to see if RS could live with his dad. RS asked Vavra to not get "involved" in the issues (between RS and his parents) and Vavra thought "wait a minute [Victim's Name] you know I've had you for almost six years and now you're turning on me."  Vavra then began to ignore RS' attitude because he was a teenager. RS used to tell Vavra everything, but when the issues happened between RS, his dad and mom, RS stopped talking to Vavra the way he used to.

Vavra started keeping the book in June because both Sanchez and RS began acting weird and RS was being distant with Vavra. The purpose of the book was to note whenever there was a red flag when RS would call Vavra and tell him (Vavra) something was wrong. Vavra would take the book with him on his trips in his truck; however, RS is not aware that Vavra was keeping this

FD-302a (Rev. 5-8-10)   305B-EP-3204745 Serial 45

305B-EP-3204745

Continuation of FD-302 of (U) Travis Wayne Vavra , On 12/06/2019 , Page 4 of 7

book. RS is no longer talking to Vavra.

Vavra turned off RS' phone service on October 23rd because RS yelled at Vavra on the phone. The next morning RS sent real bad text messages to Vavra saying that Vavra sexually abused RS. RS was using the wifi from Gadsden High School when he (RS) sent the text messages regarding the abuse because RS had no phone service. RS may have been using an app to send the message. Vavra asked RS what was wrong with him (RS) and who was lying to him (RS). Sanchez believes Vavra told RS to go live with his dad and is holding it against him (Vavra).

Everything fell apart on October 21st and both RS and Sanchez blocked him (Vavra) on Facebook. Vavra has not spoken to ZS either. RS accused Vavra of sexual abuse, but did not say what Vavra did. Vavra wanted RS to give him the cell phone back because Vavra is still paying $220 a month for the phone and tablet. Vavra paid for RS' doctor bills and medicine as well.

Some of the trips Vavra and RS took together lasted two weeks at a time. This was prior to logs being computerized. Vavra is presently driving a 680 Kenworth truck.

Vavra and RS' relationship was "great" until June, 2019. RS turned fourteen years old on July 8th (2019). Vavra was also friends with RS' Grandma and Grandpa. RS said these things (allegations of sexual abuse) because he was mad and when he (RS) gets mad that's what happens. When Vavra told RS he was going to turn off his phone, RS said "I'm gonna get you back." Vavra thinks someone is coaching RS, but he does not know who. RS blames Vavra for everything.

**Agent Note:** Vavra was admonished that it is a crime to lie to federal agents.

Sanchez is vindictive and would falsely accuse Vavra of abuse. Vavra denied touching RS or any other child in a sexual manner. Vavra's phone has everything on it and agents can go through it. Vavra has another phone in his motel room that has pictures of RS from then. RS would scream and cry when he would have to leave Vavra's house to go home. When RS stayed at Vavra's house, RS would sometimes sleep on the couch or in Vavra's queen sized bed with him (Vavra). They would have clothes on when they slept together. Vavra's truck has two bunk beds and when traveling with RS, RS

FD-302a (Rev. 5-8-10)   305B-EP-3204745 Serial 45

305B-EP-3204745

Continuation of FD-302 of (U) Travis Wayne Vavra , On 12/06/2019 , Page 5 of 7

would sleep on the bottom bunk bed and Vavra would sleep on the top bunk bed. Vavra and RS did not sleep together on the truck.

**Agent Note**: Vavra signed an FD-26, consent to search his iPhone at approximately 9:13 p.m.

Vavra has most of the text messages between himself and RS; however, with Vavra's previous cellular phone, an android, RS had placed a setting on the phone to delete the text messages after 50 had accumulated. Vavra told RS to remove that setting when Vavra got the iPhone.

In June, 2019 RS wanted Vavra to take a trip to Orlando so that RS could go with him. Vavra asked Avila to schedule a trip for him to take a load to Orlando. Avila scheduled the trip to Orlando and then RS said he could not go with him, so Vavra went without RS. Avila knew RS and loved RS too. RS then started making excuses that he (RS) needed to stay with his Grandma and could not go with Vavra on trips anymore.

Vavra and RS never showered together but would have to undress in the same room together before showering. One person would be showering behind the curtain and the other would be outside the shower waiting. Vavra never touched RS below the waist in a sexual way. Vavra may have touched RS' penis or anus if they were wrestling on the bed. Vavra and RS would wrestle off and on, on the bed in the truck, the house and the motel. Vavra denied attempting to anally penetrate RS and stated he (Vavra) would never hurt him (RS).

**Agent Note**: Vavra consented to take a polygraph.

Vavra denied ever touching RS' body part with a body part of Vavra's.

**Agent Note**: Vavra was escorted outside the building to smoke a cigarette and offered the use of the restroom.

Vavra paid $175.00 for a dog that RS wanted, and also paid for all of the veterinary bills and shots for the dog. The dog lived with RS for one week and then told Vavra to take the dog with him (Vavra) in the truck for a week. RS then told Vavra the dog was his (Vavra's) and Vavra had to return the dog to the Humane Society.

Vavra wasn't bribing RS by buying him (RS) things, rather RS was asking

FD-302a (Rev. 5-8-10)

305B-EP-3204745 Serial 45

305B-EP-3204745

Continuation of FD-302 of (U) Travis Wayne Vavra , On 12/06/2019 , Page 6 of 7

Vavra for things and if Vavra had the money he would buy it for RS. Vavra wasn't bribing him (RS) to keep him quiet.

Sanchez is worthless and Vavra took on a lot of responsibilities to raise RS. Sanchez treats RS badly, yells at him (RS), has a dirty house, and would make RS wash his own clothes and make his own food when he (RS) was eleven years old. Vavra cannot just walk away from a child, and he worries about RS. Sanchez has been arrested for physical abuse of her kids before and Sanchez does not have papers to live here (in the U.S.). When Sanchez gave RS to Vavra, it was like "teach him as good as you can." Vavra and Sanchez did not have any type of relationship and Sanchez was hateful to RS. RS told Vavra his dad threatened to kill him (RS) a long time ago, but then RS said he lied about that.

Vavra first spoke with Sanchez on the phone, regarding the WNW tickets, at 9:30 a.m. on the day Vavra gave them (Sanchez, RS and ZS) the tickets. Sanchez then called Vavra again, around 11:30 a.m., and told Vavra that RS wanted to go with him (Vavra) in his truck. Vavra told Sanchez he needed a letter from her, providing permission for RS to travel with Vavra in the truck. Vavra, Sanchez and RS then met at the Wendys around 1:00 p.m. to talk about RS traveling with him because Vavra didn't know RS. Vavra said that he and RS have to spend time together before going in the truck, but RS wanted to go with Vavra immediately. Vavra was wondering why Sanchez was willing to let RS go with someone she didn't know and why was RS so eager to leave his mom. Vavra had to leave by 3:00 p.m. that same day, so Sanchez left to get RS' stuff together and then bring RS back. Vavra and RS left, that same day, together in Vavra's truck by 3:15 p.m. or 3:20 p.m. Sanchez also gave Vavra the letter stating RS could travel with Vavra in the truck for Vavra to give to Avila and the insurance company. The first trip RS and Vavra took together lasted approximately three weeks.

Vavra did not take ZS on trips with him because she is a girl and they could not go into the bathroom together. ZS was too young to go into the bathrooms by herself. Vavra took ZS one time with Sanchez coming as well and then a second time, just ZS and RS, but they did not travel far enough for ZS to need to shower. Vavra rarely took Breanna with him on the truck, only for shorter trips. Vavra usually only took his grandsons (Nathan and Aaron) with him on the truck. Nathan is Vavra's favorite grandchild.

EP-20-CR-00065-PRM - 000167

FD-302a (Rev. 5-8-10)

305B-EP-3204745 Serial 45

305B-EP-3204745

Continuation of FD-302 of (U) Travis Wayne Vavra ,On 12/06/2019 ,Page 7 of 7

After fifteen hours of driving, Vavra would have to stop and sleep. Sometimes RS would not be able to sleep yet, so Vavra would allow RS to play his games, but asked him not to turn the volume up too loud. Vavra would then wake up, a few hours later, or the next morning, and RS would be asleep, right there, close to him (Vavra).

Vavra's and his ex-wife (Lorie(ph)) were married for approximately 23 years and have been separated/divorced for about three or four years. Vavra and Lorie divorced because they never saw eye to eye. Vavra and Lorie do not have sexual relations. Lorie has type 1 diabetes and is very sick. Vavra needs medicine from the doctor to get an erection. Vavra has never been interested in sex all the time. Vavra has never picked up a whore because that is dirty. Vavra has never been enthused about having sex all the time. Vavra and Laurie lost two children when they were married, so maybe that is why he (Vavra) isn't interested in sex. Vavra doesn't masturbate and doesn't have those urges.

RS and Vavra did have conversations about sex because RS could ask Vavra anything. RS told Vavra that kids (at school) were calling him gay and RS said he wasn't gay. If RS had told Vavra he was gay, Vavra would be fine with that because that is up to the person. Vavra is not gay, is straight and likes women.

Notes of interview, recording of interview, FD-395 and two FD-26s will be attached to the 1A section of this file.