FD-302 (Rev. 5-8-10)

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    01/23/2020

**CHILD VICTIM AND CHILD WITNESS IDENTITY INFORMATION**

This document contains information regarding a child victim's or child witness's identity, which may only be disclosed to individuals who have a need-to-know such information by reason of their participation in the associated proceeding, or if disclosure is necessary to protect the welfare and well-being of the child.

    On January 8, 2020, Robert Sanchez Jr. (RS)(MINOR - PROTECT IDENTITY) date of birth (DOB) 7/8/2005, residential address 855 Clark Avenue, Apartment 19, Anthony, New Mexico, was interviewed by FBI Special Agent Richard Tillman, Assistant United States Attorney (AUSA) Sarah Venezuela, and AUSA Ian Hanna at the Richard C. White Federal Building, 700 E. San Antonio Avenue, El Paso, Texas. Also present for a portion of the interview was RS' mother Deyanire Julier Sanchez (Sanchez), date of birth (DOB) September 27, 1985, residential address 855 Clark Avenue, Apartment 19, Anthony, New Mexico, cellular telephone 575-449-9546. After being advised of the identity of the interviewing Agent, other parties, and the nature of the interview, RS provided the following information:

    AUSA Venezuela provided a case update and explained the trial process to RS and Sanchez.

*Sanchez removed herself from the interview room so RS could be interviewed in private.

    RS stated that the most recent trip he took with TRAVIS WAYNE VAVRA, DOB 3/31/1962, social security account number 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, Texas drivers license number 24536283, was in the middle of June 2019 (approximately June 16th). RS was out of school for summer break at that time. RS believes that they traveled to Wisconsin, which is where RS and VAVRA would travel to most often together. RS and VAVRA also traveled to Wisconsin in March 2019 during RS' school spring break. RS stated that he was sexually assaulted by VAVRA en route to and in Wisconsin, during both trips, and every time RS

**GOVERNMENT EXHIBIT 4**

| | |
|---|---|
| Investigation on 01/08/2020 | at El Paso, Texas, United States (In Person) |
| File # 305B-EP-3204745 | Date drafted 01/10/2020 |
| by Richard D Tillman | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

305B-EP-3204745

Continuation of FD-302 of  (U) Robert Sanchez Jr. Interview with AUSA  , On  01/08/2020 , Page  2 of 3

would travel with VAVRA.

VAVRA took two routes to Wisconsin.  One route was from Texas, through New Mexico, Kansas City, Missouri, and Illinois to Wisconsin.  RS remembers playing X-Box with a friend, via wifi, while stopped in north Chicago, Illinois.  The X-Box wifi was connected to RS's cell phone hotspot to allow him to play online from the truck.  The second route was from Texas through New Mexico, Oklahoma, Kansas City, Missouri, and Illinois to Wisconsin.

While traveling to Wisconsin, RS recalls several stops made en route.  The first night, VAVRA and RS stopped in Tucumcari, New Mexico, to spend the night.  The second night, RS and VAVRA spent the night in Iowa, somewhere close to Des Moines.  The third night, they arrived in Wisconsin.  On their return trip back to Texas, they stopped in St. Paul, Minnesota and a second truck stop in Minnesota.  They also stopped at VAVRA's daughters house in Albuquerque, New Mexico.  VAVRA and RS would go to different places in Albuquerque, New Mexico, with VAVRA's daughter.

RS stated that after the June 2019 trip, VAVRA said that he was going to hire lawyers to keep RS' mother (Sanchez) away from him (RS).  This initiated RS becoming upset with VAVRA, which in turn led to VAVRA turning off RS' cell phone.  VAVRA was, sometimes, forceful when getting RS.  VAVRA would state to Sanchez, "RS is going to come with me!"

RS stated that VAVRA would take RS on trips when RS was supposed to be present in Elementary school.  When RS attended school in Anthony, New Mexico, VAVRA would talk to the Principal to pull RS out of school.  VAVRA had Sanchez' permission to pick up RS from school.

RS missed approximately 2 months of school due to Sanchez being in the hospital.  During that time, RS was traveling with VAVRA on VAVRA's truck.

RS took photos of the scenery during some of the trips he took with VAVRA on his cell phone with the red case.

RS stated that VAVRA would talk to RS about the sexual assaults of RS as if it was nothing.  RS stopped traveling with VAVRA, ultimately, because he felt ashamed due to the sexual assaults performed by VAVRA on RS.

VAVRA would force RS to go on some of the trucking trips and VAVRA would

305B-EP-3204745

Continuation of FD-302 of (U) Robert Sanchez Jr. Interview with AUSA, On 01/08/2020, Page 3 of 3

say things to make RS feel bad.  VAVRA also began speaking negatively about RS' family.  Sanchez would constantly promote RS to continue going on trips with VAVRA, even though RS did not want to go, but she was not aware of the sexual assaults at that time.

RS did not tell anyone about the sexual abuse because he felt ashamed that it occurred.

During the first week of September 2019, VAVRA was in town for a day and RS visited VAVRA at the La Quinta Inn, 7500 Remcon Circle, El Paso, Texas.  RS stated that he only stayed at the hotel with VAVRA for approximately 30 minutes, in which during that time, RS was sexually assaulted.  In October 2019, VAVRA took RS to RS' doctor for an appointment, after which, they went to the La Quinta Inn for "a little while".  VAVRA took RS to RS' father's house after going to the hotel.  No sexual assault was reported during that occasion.

RS currently lives with Sanchez, his mother.

*Agent note:

After the interview of RS was concluded, Sanchez re-entered the interview room and stated that VAVRA's defense attorney Shane McMahon attempted contacting her numerous times, to get her side of the story, since the arrest of VAVRA.  He has attempted contacting her via her cell phone approximately 6 times and he has come to her house once.  A female investigator, of McMahon's, attempted contacting Sanchez unsuccessfully.  McMahon also visited Roberto Sanchez Senior's, RS' father, house to get a statement from him also.  Neither Sanchez nor Sanchez Sr. has made any comment to McMahon.