FD-302 (Rev. 5-8-10)

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry  01/22/2020

**CHILD VICTIM AND CHILD WITNESS IDENTITY INFORMATION**

This document contains information regarding a child victim's or child witness's identity, which may only be disclosed to individuals who have a need-to-know such information by reason of their participation in the associated proceeding, or if disclosure is necessary to protect the welfare and well-being of the child.

Aaron Brandon McDaniel (McDaniel), DOB 7/23/1999, SSN 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, TX DL# 42691588, residential address 401 Chisom Rd., Anthony, TX, telephone number (915)841-7060 was interviewed at the El Paso Federal Justice Center, 660 S. Mesa Hills Dr., Ste. 3000, El Paso, TX 79912. After being advised of the identities of the interviewing agents and the nature of the interview, McDaniel provided the following information:

**The below is an interview summary. It is not intended to be a verbatim account and does not memorialize all statements made during the interview. Communications by the parties in the interview room were electronically recorded. The recording captures the actual words spoken.**

McDaniel has lived at the 401 Chisom address for most of his life. When McDaniel was approximately five years old, he moved from the Chisom address to Odessa, TX, lived there for a few months and then returned to Chisom address. McDaniel lives with his dad, Jason McDaniel (Jason), approximately 42 or 43 years old; his mother, Martha Yglesias (Martha), approximately the same age as Jason; his brother, Nathan McDaniel (Nathan), approximately 22 years old and his sister Breanna (Breanna), who is approximately 23 years old.

**Agent Note:** SA Shanna L. Beaulieu advised McDaniel of Title 18, U.S.C. 1001, and informed him (McDaniel) it was a crime to lie to a federal officer. SA Beaulieu requested McDaniel tell the interviewing agents the truth and advised him (McDaniel) that he is not a target of this investigation.

**GOVERNMENT EXHIBIT 5**

| | |
|---|---|
| Investigation on 01/10/2020 at | El Paso, Texas, United States (In Person) |
| File # 305B-EP-3204745 | Date drafted 01/13/2020 |
| by Shanna L. Beaulieu, Richard D Tillman | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

McDaniel presently works at Del Oro Dairy, hauling manure, in Anthony, NM. McDaniel received his CDL (commercial driver's license) when he was eighteen or nineteen years old. McDaniel is too young to drive semi-trucks commercially and/or professionally because a driver must be 21 years old to drive outside the state of Texas. McDaniel does plan to drive semi-trucks when he turns 21 years old.

McDaniel is familiar with Travis Wayne Vavra (Vavra), and Vavra used to live at the 401 Chisom address. Vavra left the 401 Chisom address approximately two years ago because McDaniel asked him (Vavra) to leave. McDaniel and Vavra never really saw eye to eye. Travis is McDaniel's step-grandfather. Vavra lived in Oklahoma for approximately one or two years, when McDaniel was between six or eight years old. McDaniel's biological grandfather lives in Odessa, TX.

McDaniel felt "that kid" came out of nowhere. McDaniel was referring to Robert Sanchez (RS)(Juvenile Protect Identity). McDaniel did not know RS and thought it was strange that Vavra just brought this kid into their house. McDaniel was a freshman in high school when RS showed up (at their house). McDaniel asked Vavra "who is this kid?" Vavra told McDaniel that he (Vavra) was RS' godfather and RS' uncle, who was taking care of him (RS), died in a bar fight and Vavra was now taking care of RS. Both of RS' parents had issues and were incapable of taking care of RS. McDaniel met RS' mom but never met RS' dad.

McDaniel did have conversations with RS, who he felt was a good kid, and RS did not act weird. RS did not talk about his parents with McDaniel. RS would come to house when Travis was there, maybe for one or two days, and then Travis would leave again. While McDaniel had no issues with RS, McDaniel did not like the fact that Travis brought in someone they (the family) did not know.

McDaniel did not like Vavra's attitude, and believed Vavra lied a lot. Vavra would tell McDaniel that he (Vavra) owned TAX (TAX trucking) and owned three trucks, which McDaniel knew was not true. McDaniel knows the owner of TAX, Tomas (Tomas), and knows that Vavra does not own TAX. McDaniel kicked Vavra out of the 401 Chisom address, approximately two years ago, because Vavra molested him when he (McDaniel) was young. McDaniel is older now, was thinking about it, was upset and had enough of seeing Vavra, so he told him

(Vavra) to leave. McDaniel could not recall the exact timeframe, but believes the molestation occurred when McDaniel was in middle school, between eleven and thirteen years old.

McDaniel recalled a time when Vavra was angry about something, McDaniel could not recall about what, and McDaniel did not want to be around Vavra, so he (McDaniel) and RS went for a walk. McDaniel asked RS if Vavra had ever done anything out of the ordinary that made him (RS) feel uncomfortable, weird, or something a man Vavra's age should not being doing. RS responded no to McDaniel's questions.

McDaniel never told anyone, not even his parents about what happened to him (Vavra's molestation of him). McDaniel finally told his sister, Breanna, and his brother Nathan a few months ago. Vavra molested McDaniel on one occasion, while he and Vavra were in the semi truck. Vavra groped McDaniel's genitals while the truck was parked at a truck stop. Vavra did not say anything to McDaniel while he (Vavra) was groping him (McDaniel). McDaniel told Vavra to stop and Vavra stopped. McDaniel believes he was between eleven and thirteen years old when this incident occurred. McDaniel recalled thinking that he (McDaniel) could not fight Vavra off because McDaniel was a little kid. McDaniel never went with Vavra on a trip, in the truck, after the molestation occurred. McDaniel was not sure in which state they (McDaniel and Vavra) were, when the molestation occurred but believed they were close to being home.

Prior to the molestation, McDaniel would travel with Vavra every so often. McDaniel began riding with Vavra, in his truck, when McDaniel was between five and seven years old. McDaniel did not recall any other occurrences of sexual abuse prior to the incident described above. If anything had occurred, McDaniel would not have continued to travel with Vavra.

Vavra also brought RS' sister with him to the 401 Chisom address. RS' little sister's name was Zaira (ZS)(Juvenile Protect Identity). Vavra would also travel with McDaniel's brother, Nathan, on his truck. Sometimes McDaniel and Nathan would travel together with Vavra and other times McDaniel would travel alone with Vavra. McDaniel would often travel with his dad, Jason as opposed to Vavra.

305B-EP-3204745

Continuation of FD-302 of (U) Aaron Brandon McDaniel , On 01/10/2020 , Page 4 of 8

Approximately three or four months ago, McDaniel told Nathan and Breanna about Vavra's molestation of him (McDaniel). Breanna started crying, believed McDaniel's statement, and told McDaniel that Vavra never did anything to her (Breanna). Nathan felt bad for McDaniel but did not disclose any abuse by Vavra. McDaniel does not know if Vavra molested Nathan.

Jason called McDaniel, and told McDaniel that Vavra had been arrested. Jason told McDaniel that Vavra said (to Jason) that he was arrested because of RS and McDaniel. McDaniel told Jason he had nothing to do with Vavra's arrest. McDaniel felt bad about not telling anyone about Vavra's molestation of him (McDaniel) because then it happened to RS. McDaniel and Jason have not talked about Vavra's arrest.

Vavra never physically abused or hit McDaniel. McDaniel is not aware of any other child (other than RS) being sexually molested or physically abused by Vavra.

McDaniel tries not to think about what Vavra did to him and he tries to forget it. Vavra groped McDaniel's genitals, under his clothing and underwear, with his (Vavra's) hand, and the contact was skin (Vavra's hand) to skin (McDaniel's genitals). The sexual contact occured in the blue, semi truck, in which they (McDaniel and Vavra) were traveling. The incident occurred prior to Vavra working for TAX. McDaniel could not recall if they were in Texas or a nearby state, but believed they were near home and getting ready for bed when it occurred. Nathan was not with them on this particular trip, it was just McDaniel and Vavra, in the back cabin of the truck, McDaniel was laying on the bottom bunk bed, fully clothed when the molestation occurred. Vavra only touched McDaniel, he did not touch himself and Vavra was clothed at the time. McDaniel could not recall where they traveled during this trip, but remembered traveling to Pennsylvania.

McDaniel did meet RS' Grandma and Grandpa at RS' birthday party this past year in July. Vavra and McDaniel's Grandma, Lori McDaniel (Lori), are still married, but are not together and Vavra does not live with Lori. McDaniel believes Lori and Vavra were separated prior to McDaniel being born or when he was a baby. Lori previously lived in Oklahoma, until McDaniel was in approximately middle school, possibly towards the end of middle school. Lori has type 1 diabetes and lives in an apartment, by herself; however, a nurse comes to assist her every day. McDaniel will also check up on Lori to make

sure she is okay because of her health. McDaniel does not know why Vavra and Lori are separated and they do not have any biological children.

RS would stay at the 401 Chisom address on weekends, a few days but not for a week or weeks at a time. RS would sleep in the guest room with Vavra, and the door would be closed at the time. The guest room had one, queen sized bed, and McDaniel assumed RS and Vavra slept in the same bed. Sometimes RS would stay up late, playing McDaniel's Xbox and then fall asleep on the couch.

McDaniel's family did not know that McDaniel kicked Vavra out of the 401 Chisom residence, rather they assumed he just left. No one was present when McDaniel told Vavra to leave. Vavra and McDaniel had never spoken about the molestation until the day McDaniel kicked Vavra out of the house. McDaniel told Vavra "I want you to leave the house because...you need help there's something wrong with you...what you did to me a long time ago,...you can say you didn't or did, cause I know it happened."

Vavra told McDaniel "I never did that to you."

When McDaniel traveled with Vavra, McDaniel slept on the bottom bunk bed and Vavra would sleep on the top bunk bed. Vavra would sometimes sleep with McDaniel on the bottom bunk bed. McDaniel assumed it was because Vavra was so tired from driving, that it was just easier for him to sleep on the bottom bunk. McDaniel would stay up late playing video games and Vavra would fall asleep on the bottom bunk bed, and when McDaniel got tired, he would just sleep next to Vavra on the bottom bunk bed. McDaniel slept in basketball shorts and Vavra would sleep in his jeans or shorts. McDaniel does not recall any sexual acts occurring, prior to the one described above, while he was sleeping, being woken up by the act, or any recollection (of a dream) of anything ever occurring. If it had occurred, McDaniel would not have continued to ride in the truck with Vavra. Vavra never asked McDaniel to perform a sexual act on him (Vavra) and Vavra never showed McDaniel adult or child pornography. Vavra always had a lot of phones, at least two phones

McDaniel did not have a cell phone when the molestation occurred and would use Vavra's cell phone to listed to music while in the shower. Vavra and McDaniel always showered in team showers, which are two separate showers with two separate changing areas. McDaniel and Vavra never showered together

or undressed in the same room together. While using Vavra's cell phone, an android phone, McDaniel saw pictures of boys in the images folder of the phone. In the pictures one boy, approximately between the ages of ten and thirteen years old, he was fully clothed, but appeared to be posing for the pictures. McDaniel did not know who the boy was and asked Vavra. Vavra told McDaniel that the boy was the son of a friend of Vavra's from high school and his son was now a model.

McDaniel also saw one picture of a boy, possibly three, four or five years old, urinating. This picture was after the picture of the fully clothed boy posing. McDaniel saw another picture of an older man, naked, with his (older man) genitals in his own hand. McDaniel also saw a small photo (he did not click on this photo) of multiple boys running around a pool, naked. The boys in this photo appeared to be under the age of fifteen years old. Also, on one occasion Vavra asked McDaniel to help him find a website in his (Vavra's) search history. McDaniel saw the title "boys in bathing suits" on Vavra's search history while trying to help Vavra.

When Nathan came along on the trips with McDaniel and Vavra, Nathan and McDaniel would sleep together on the bottom bunk bed and Vavra would sleep on the top bunk bed. Breanna came along with Nathan and McDaniel on one occasion, a long time ago. Nathan, McDaniel and Breanna all slept in one bed together, but the truck they were traveling in on this occasion had a larger bed, which is why all three of them could fit. Vavra did not buy McDaniel presents, other than on his birthday. Vavra did not buy McDaniel things like an Xbox, rather his parents bought him his electronics. Vavra left a credit card at the 402 Chisom address that was to be used for emergencies should anyone in the house need to use it. McDaniel never used the credit card.

McDaniel did visit Vavra when he stayed at the LaQuinta Hotel, located on Mesa, near the Walmart, Verizon and I-10. McDaniel did not see RS very much after McDaniel kicked Vavra out of the 401 Chisom address. RS would be staying in the hotel room with Vavra, which McDaniel did find strange; however, there were always two beds in the hotel room. Nathan and McDaniel would visit Vavra and RS together, but they (McDaniel and Nathan) did not stay overnight in the hotel room. McDaniel would look around the hotel room for anything weird (in regards to Vavra molesting RS because he (Vavra) did it (the molestation) to McDaniel). McDaniel recalled Vavra bought RS an Xbox 1 and school clothes. After McDaniel told Vavra to leave the 402 Chisom

address, McDaniel never really saw RS unless it was at the hotel (LaQuinta).

McDaniel believes Vavra is gay because of the photos he saw in his (Vavra's) phone and that he (Vavra) had molested McDaniel. Vavra told McDaniel that he had a girlfriend, but McDaniel never saw and/or met Vavra's girlfriend, nor did he (McDaniel) ever see Vavra with a female. McDaniel never saw Vavra pick up a prostitute while they were traveling together.

McDaniel asked RS how he and Vavra met and RS told McDniel about Vavra providing free season passes to Wet-N-Wild and giving kids rides in his truck across the country. McDaniel recalled Vavra talking about owing the IRS $10,000 and needing a tax write off. McDaniel assumed this may be why Vavra was providing the free passes. McDaniel's father, nor Tomas would have pitched in to help Vavra with the purchase of the Wet-N-Wild passes as that is not something either of them would have done.

McDaniel saw the note on the news and felt the purpose of the note was for Vavra to get another kid.

**Agent Note:** SA Beaulieu showed McDaniel a screen shot of the Instagram post containing a green/yellow post it note soliciting "Parents and Boys" and McDaniel agreed that this was the note to which he was referring.

McDaniel did not keep Vavra's telephone number in his phone as he deleted it when he (McDaniel) kicked Vavra out of the house. McDaniel will communicate with RS through Snapchat and Instagram occasionally. McDaniel believes the last message he sent to RS was a picture of a truck, through Instagram, which was sent a few months ago. The last time McDaniel saw RS was at RS' birthday party in July, 2019. McDaniel has not spoken to RS since Vavra was arrested. McDaniel does not believe his (McDaniel's) parents were close to RS.

McDaniel does visit the TAX truck yard as he has washed trucks and laid down rock for Tomas in the past. McDaniel would also practice backing up in the trucks. McDaniel has never picked up Vavra's paycheck from TAX for Vavra. The last time McDaniel was at the TAX truck yard was approximately one year ago.

The last time McDaniel spoke to Vavra was in October, 2019. McDaniel

FD-302a (Rev. 5-8-10)

305B-EP-3204745

Continuation of FD-302 of (U) Aaron Brandon McDaniel , On 01/10/2020 , Page 8 of 8

initiated contact with Vavra because he wanted to try to forgive Vavra; however, McDaniel found he could not forgive Vavra. McDaniel also wanted to check in and make sure RS was okay. The last time McDaniel saw Vavra, he (Vavra) was staying at the LaQuinta Inn. RS was not staying with Vavra because something happened between Vavra and RS. Vavra's Facebook page indicates that all of Vavra's Facebook friends are little boys from Mexico. McDaniel does not think Vavra travels into Mexico, nor does he believe Vavra has a passport.

Notes of interview and recording will be attached to the 1A section of this file.