FD-302 (Rev. 5-8-10)

# FEDERAL BUREAU OF INVESTIGATION

Date of entry   02/04/2020

**CHILD VICTIM AND CHILD WITNESS IDENTITY INFORMATION**

This document contains information regarding a child victim's or child witness's identity, which may only be disclosed to individuals who have a need-to-know such information by reason of their participation in the associated proceeding, or if disclosure is necessary to protect the welfare and well-being of the child.

Nathan Ames McDaniel (Nathan), DOB 3/29/1997, SSN 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, TX DL# 40204809, residential address 401 Chisom Dr., Anthony, TX, cellular telephone number (915)873-0426 was interviewed at the El Paso Federal Justice Center, 660 S. Mesa Hills Dr., Ste. 3000, El Paso, TX 79912. After being advised of the identities of the interviewing agents and the nature of the interview, Nathan provided the following information:

**The below is an interview summary. It is not intended to be a verbatim account and does not memorialize all statements made during the interview. Communications by the parties in the interview room were electronically recorded. The recording captures the actual words spoken.**

**Agent Note:** SA Shanna L. Beaulieu advised Nathan that it was a crime to lie to a federal officer. SA Beaulieu requested Nathan be honest with the interviewing agents and tell the truth.

Nathan presently works with his dad (Jason), at a grass farm. Jason is the manager of the grass farm and Nathan mows and cuts grass in the summer. In the winter, Nathan drives a dump truck for his dad (Jason). The grass farm is located in Santa Teresa, NM.

Nathan thought he was being interviewed because of "Little Robert" (Robert Sanchez, Juvenile Protect Identity)(RS) and Travis (Travis Vavra)(Vavra). Nathan referred to Vavra as his "Grandpa" but then stated that he (Nathan) does not consider Vavra to be his Grandpa. Nathan did not know when Vavra and Nathan's Grandma got married, possibly when Nathan was a

**GOVERNMENT EXHIBIT 6**

| | |
|---|---|
| Investigation on  01/21/2020  at  El Paso, Texas, United States (In Person) | |
| File #  305B-EP-3204745 | Date drafted  01/23/2020 |
| by  Shanna L. Beaulieu, Richard D Tillman | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

baby. Nathan described Vavra as "weird." Nathan further stated that back when Nathan was in high school, he (Nathan) used to do bad things and smoke weed. Nathan's parents did not approve of his actions; however, Vavra encouraged the bad behavior and would provide Nathan money and rides to purchase drugs (weed, ecstasy and cocaine) and alcohol. Vavra would give Nathan money and also bought him an Xbox and skateboards. Vavra lived at the 401 Chisom address; however, would usually only stay there one or two days per week, because Vavra was working. Vavra's bedroom, at the 401 Chisom address, was connected to Nathan's bedroom via a bathroom.

Nathan described RS as being in high school, approximately six feet tall, skinny, Hispanic and liked to play games like Xbox. Vavra told Nathan that he (Vavra) was going to buy season passes for a tax sign off (No Further Information (NFI)). Nathan believes he met RS at the 401 Chisom address and RS' family. RS' mom and sister, Zaira (ZS) (Juvenile Protect Identity), have visited the 401 Chisom address. Nathan did not hang out with RS, his mom or ZS, rather he just kept to himself. RS would stay over at the 401 Chisom address, and would sleep in the same room as Vavra. Nathan assumed RS and Vavra slept in the same bed as there was not enough room on the floor for someone to sleep. On one occasion, ZS stayed over, but Vavra made ZS sleep on the couch.

RS was in fifth or sixth grade when Nathan initially met him. Nathan may have been in high school when he met RS. Vavra told Nathan's dad (Jason), and Nathan, that he (Vavra) had custody of the kids (RS and ZS) because RS' dad went to jail for drugs and the mom was crazy. Vavra lied a lot, and Nathan knew Vavra was lying. Vavra told Nathan he owned TAX (the trucking company), which Nathan knew was not true. Nathan's brother (Aaron) kicked Vavra out of the 401 Chisom address because Aaron found child pornography on Vavra's cellular telephone. Aaron was helping Vavra with something on Vavra's cellular telephone when Aaron saw the CP. Aaron told Nathan and Bryanna (their sister) about finding the child pornography (CP) on Vavra's cellular telephone and asked them if he (Aaron) should kick Vavra out of the residence. Aaron told their dad (Jason) about finding the CP on Vavra's cellular telephone. Nathan kept in touch with Vavra, even after Aaron kicked Vavra out of the residence, so he (Nathan) could make sure RS was okay. Nathan was worried about RS because of what Vavra did to Nathan in the past.

Vavra tried to touch Nathan when Nathan was sleeping. This occurred at the 401 Chisom address when Nathan was in seventh grade and his and Vavra's bedrooms were connected by a bathroom. Nathan would lock his bedroom door and Vavra would always find a way to get into Nathan's bedroom. Vavra would try to touch Nathan and Nathan would tell Vavra "no" and Vavra would tell Nathan, if he did not let him (touch Nathan), Vavra would not give him any more money and would stop buying Nathan things. Vavra tried to touch Nathan on his private parts. Nathan would be laying on the bed, asleep, and would wake up to Vavra touching his (Nathan's) genitals, under Nathan's shorts and underwear, with his (Vavra's) hands. This occurred for approximately one or two weeks, and then Vavra stopped trying to touch Nathan. Nathan was scared and did not respond to Vavra when he threatened to not give Nathan money. Vavra would then leave and go back to his (Vavra's) room.

Nathan did ride with Vavra in his truck (semi-truck) when Nathan was younger. Nathan began riding with Vavra when he was five or six years old or around the time when he (Nathan) was in the third grade. Aaron would travel with Nathan and Vavra approximately 70% of the time. Nathan's cousin, Jeremy, went with Nathan and Vavra on one or two occasions and Bryanna only went when she was really young. Vavra did not attempt to sexually molest Nathan while traveling in the truck. When traveling with Vavra, in the truck, Nathan usually slept with Vavra on the bottom bunk. Vavra did not try to sexually molest Nathan while they were sleeping together. Vavra never told Nathan why he (Vavra) was trying to molest Nathan and Nathan did not ask Vavra why. Vavra would always tell Nathan "you have to choose your mom or me (Vavra)" or "it's your friends or me" (Vavra). Nathan was not sure why Vavra would say this, but thought it may be because Nathan was growing up and changing and Nathan was not close to Vavra anymore. Nathan did not tell his mom, dad or sister about the molestation, but did tell his brother, Aaron.

Vavra and Nathan's dad (Jason) got a long with each other, but Nathan's mom and Vavra did not get along because Vavra would buy Nathan drugs, which would upset his mom. Nathan stopped using drugs around the age of twenty years old. At no other point, other than the information previously provided, did Vavra attempt to or actively molest Nathan. Vavra never molested Nathan in the truck and Nathan never saw or witnessed anything that caused him to be concerned about Vavra molesting RS.

A long time ago Nathan recalled finding CP on Vavra's cellular telephone while he and Aaron were with Vavra at the Red Roof Inn, on Mesa, near the Cracker Barrel, Walmart and I-10, in El Paso, Texas. This was prior to Aaron kicking Vavra out of the 401 Chisom address. Vavra had been wanting to leave the residence, which is why he was staying at a hotel. Nathan was in approximately ninth grade and Aaron would have been in seventh grade. Nathan went with Aaron to the hotel because he was worried about his little brother. This occurred prior to Vavra meeting RS. Nathan and Aaron slept in one bed at the hotel and Vavra slept in the other bed. Nathan asked Vavra to borrow his cellular telephone, to make a phone call. Vavra seemed protective of the cellular telephone and did not want to immediately give the cellular telephone to Nathan. Vavra gave Nathan the cellular telephone and Nathan went through Vavra's gallery and found pictures of naked little kids. Nathan did not click on the pictures, but could still see the contents of the photos. All of the photos that could fit in the screen were of naked children. Nathan also scrolled through the pictures and saw more photos of naked children. Nathan recalled one picture of a naked boy peeing. All of the pictures were of boys, not girls. The kids appeared to be under 12, some under 8 years old. Some of the pictures depicted kids in Speedo bathing suits (the style like underwear) or underwear. The kids looked like they were modeling the underwear or bathing suits. The pictures showed one kid at a time and not multiple kids. Nathan just acted like nothing happened and did not ask Vavra about the pictures, nor did he tell Aaron about the photos.

Nathan recalled visiting the La Quinta Inn, in El Paso, Texas, but did not stay over. RS would stay at the La Quinta Inn, in the same room with Vavra. Aaron told Vavra that he (Vavra) better stay away from RS or he (Aaron) is going to tell the school what Vavra did to him (Aaron). So Nathan and Aaron would visit the La Quinta Inn to check up on RS. ZS would also visit the hotel, but she would not stay over night. Vavra was scared to have a little girl with him, but a little boy would not be so weird.

Nathan stopped traveling with Vavra on the truck when he was in eighth or ninth grade. Nathan never really liked to go on the truck with Vavra. Nathan never traveled with RS and Vavra. RS traveled with Vavra pretty often, in the summer and on school breaks. Nathan was concerned about RS traveling with Vavra, but Nathan and RS did not talk very much, and Nathan never asked

RS if Vavra had molested him (RS). Nathan's mom, nor his dad (Jason), had a close relationship with RS. Nathan did attend RS' birthday party and found his mom to be weird, because she (RS' mom) let her kid go with a random person. Vavra also told Nathan that RS' uncle got killed in a bar fight in Anthony.

Nathan's dad (Jason) owns the 401 Chisom address, both the trailer and the land. Nathan, Aaron, Bryanna, their parents and Vavra previously lived at the same location, but in a single wide trailer owned by Vavra. The single wide trailer had three bedrooms and Nathan would sleep in the same room with Vavra, on bunk beds, in the back bedroom. Nathan, Aaron, Bryanna and their parents then moved to Odessa, Texas and Vavra moved off of the land and took the single wide trailer with him (Vavra). When Nathan and his family returned to El Paso, TX, Nathan's dad bought a new double wide trailer which was placed on the 401 Chisom land. Vavra then moved in with them, in the double wide trailer. The double wide trailer is the same one in which the family presently lives.

Nathan recalled traveling with Vavra in blue trucks, which were owned by Mesilla Valley. The TAX trucks were maroon in color. Nathan's sister (Bryanna) told him (Nathan) that something may have happened to both Bryanna and Nathan, when they were both very young, but she buried it down and tried to forget. Nathan's assumes he was too little to remember whatever it was, and he did not clarify what Bryanna was talking about because she was crying at the time.

Vavra has a biological daughter named Regina and she may live in Kansas or Oklahoma. Vavra did not live with Regina, when he (Vavra) lived in Oklahoma. Nathan believes Regina and Vavra had a good relationship but then Vavra would say she (Regina) only wants him (Vavra) for his money. Regina has a son named Josh. Kassi McDaniel is Nathan's dad's step-sister.

Nathan did learn about the letter, on the news, and recognized Vavra's handwriting, and thought it was very strange. Nathan knew the phone number, listed in the letter, belonged to Vavra. Vavra told Nathan that RS did not want anything to do with him (Vavra). Vavra told Nathan that RS told Vavra, "if you don't turn my phone back on, I am going to tell the cops what you did to me." Nathan thought that something may have happened to RS. Nathan believed the purpose of the letter was to find another kid. Aaron told

305B-EP-3204745

Continuation of FD-302 of (U) Nathan McDaniel Interview , On 01/21/2020 , Page 6 of 6

Nathan that RS met Vavra because Vavra was handing out free Wet-N-Wild passes. Nathan was not aware of any other children, other than Nathan, Aaron, Bryanna, their cousin and RS, traveling with Vavra in his truck.

Nathan provided the following contacts and telephone numbers from his cellular telephone:

(915)873-4967- "Travis"

(915)999-9971 - "Robert"

(915)999-1962 - "Travis"

Notes of interview and recording will be attached to the 1A section of this file.