IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| Plaintiff, | § |
| v. | §   CRIMINAL NO. EP-20-CR-00065-DCG |
| TRAVIS WAYNE VAVRA, | § |
| Defendant. | § |

## NOTICE OF INTENT TO FILE PUBLIC RECORDS

COMES NOW the United States of America, by and through the United States Attorney and the undersigned Assistant United States Attorney for the Western District of Texas, and respectfully submits this Notice of Intent to Offer a Certified Public Record pursuant to Code of Criminal Procedure, Rule 27, and Federal Rules of Evidence 803(8), 803(9), and 902(1) as follows:

The Government intends to offer into evidence a photocopy of the birth certificate of R.S., which was filed in the state of California.

Respectfully submitted,

ASHLEY C. HOFF
United States Attorney

By:   /s/
SARAH VALENZUELA
Assistant U.S. Attorney
Texas Bar #24089261
700 E. San Antonio, Suite 200
El Paso, Texas 79901
(915) 534-6884

## Certificate of Service

    I hereby certify that on June 4, 2021, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System, which will transmit notification of such filing to the attorneys of record for Defendant.

                                                          /s/
                                          SARAH VALENZUELA
                                        Assistant United States Attorney