IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | **CRIMINAL NO. EP-20-CR-00065-DCG** |
| § | |
| **TRAVIS WAYNE VAVRA,** § | |
| § | |
| **Defendant.** § | |

## NOTICE OF INTENT TO USE BUSINESS RECORDS

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas, and files this Notice of Intent Informing the Court, and all parties involved, of the Government's intent to introduce into evidence business records, at the trial of the above-named Defendant, through a Self-Proving Affidavit, and would respectfully show the Court the following.

Pursuant to the requisites of Fed. R. Evid. 803(6), it is the Government's intention to introduce into evidence business records obtained from TAX Trucking Incorporated ("TAX Inc.) located at 7720 Kiely Road, Suite D, Anthony Texas and North Valley Elementary School located at 300 Cascade Avenue, San Miguel, New Mexico 88058. These records were kept by an employee for the aforementioned respective businesses in his or her regular conducted course of business activity.

Pursuant to the requisites of Fed. R. Evid. 902(11), the records will be introduced through a Self-Proving Affidavit from the Custodian of Records and/or an employee of that company having produced, maintained and/or kept the records in his or her regular course of business and in his or

her capacity as an employee of that company. A copy of the affidavits will be made available to the defense.

                                                Respectfully submitted,

                                                ASHLEY C. HOFF
                                                United States Attorney

By:        /s/
                                                SARAH VALENZUELA
                                                Assistant U.S. Attorney
                                                Texas Bar #24089261
                                                700 E. San Antonio, Suite 200
                                                El Paso, Texas 79901
                                                (915) 534-6884

## Certificate of Service

 I hereby certify that on June 4, 2021, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System, which will transmit notification of such filing to the attorneys of record for Defendant.

        /s/
        SARAH VALENZUELA
        Assistant United States Attorney