**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO. EP-20-CR-00065-DCG** |
| | § | |
| **TRAVIS WAYNE VAVRA,** | § | |
| | § | |
| **Defendant.** | § | |

**GOVERNMENT'S NOTICE OF INTENT TO INTRODUCE**
**EVIDENCE PURSUANT TO FEDERAL RULES OF EVIDENCE 902(13) & (14)**

The United States of America, by and through the United States Attorney and the undersigned Assistant United States Attorney for the Western District of Texas, respectfully submits this notice of intent to offer evidence derived from cellphone forensic extractions.

The Government seeks to admit such evidence under Federal Rule of Evidence 902(13), namely "a record generated by an electronic process or system that produces an accurate result, as shown by a certification of a qualified person that complies with the certification requirements of Rule 902(11) or (12)."

The Government also seeks to admit such evidence under Federal Rule of Evidence 902(14), namely "data copied from an electronic device, storage medium, or file, if authenticated by a process of digital identification, as shown by a certification of a qualified person that complies with the certification requirements of Rule (902(11) or (12)."

The Government will provide the defense with a copy of the certification of such evidence.

Respectfully submitted,

ASHLEY C. HOFF
United States Attorney

By:      /s/
            SARAH VALENZUELA
Assistant U.S. Attorney
Texas Bar #24089261
700 E. San Antonio, Suite 200
El Paso, Texas 79901
(915) 534-6884

**Certificate of Service**

I hereby certify that on June 4, 2021, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System, which will transmit notification of such filing to the attorneys of record for Defendant.

/s/
SARAH VALENZUELA
Assistant United States Attorney