**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| **v.** | § | **CRIMINAL NO. EP-20-CR-00065-DCG** |
| | § | |
| **TRAVIS WAYNE VAVRA,** | § | |
| | § | |
| **Defendant.** | § | |

## GOVERNMENT'S WITNESS LIST

1.    Robert Sanchez, Sr.

2.    Deyanire Julier Sanchez

3.    R.S.J.

4.    Dr. Vanessa Velez

5.    Thomas Alvillar

6.    Shanna Beaulieu
      Special Agent, Federal Bureau of Investigation

7.    Dr. Roy Lubit

8.    A.B.M.

9.    N.A.M.

10.   David Schwartz
      Special Agent, Federal Bureau of Investigation

Respectfully submitted,

ASHELY C. HOFF
UNITED STATES ATTORNEY

BY:    ___/s/_____
       SARAH VALENZUELA
       Assistant U.S. Attorney
       Texas Bar #24089261
       700 E. San Antonio, Suite 200
       El Paso, Texas 79901
       (915) 534-6884

1

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on June 7, 2021, a true and correct copy of the foregoing instrument was emailed to defense counsel Shan McMahon and Elyse Bataller.

_____/s/_____

SARAH VALENZUELA
Assistant U.S. Attorney