IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | §    CRIMINAL NO. EP-20-CR-00065-DCG |
| | § |
| TRAVIS WAYNE VAVRA, | § |
| | § |
| Defendant. | § |

**JOINT EXHIBIT LIST**

The United States, by and through the undersigned Assistant United States Attorney, and Defendant TRAVIS WAYNE VAVRA, by and through undersigned counsel, and file this Joint Exhibit List in accordance with the Court's Pretrial Order Deadlines Order. Pursuant to the Court's instructions, the parties indicate for each proposed exhibit whether the opposing party objects to the admissibility of that item and on what grounds.

**A. GOVERNMENT'S EXHIBITS**

The Government will seek to introduce (not necessarily in the order presently listed) some or all of the items listed below in its case-in-chief. The Defendant has indicated the following position for each and every one of the exhibits the Government listed below:

"The defense will either object or not object to this exhibit during trial upon consideration of whether the government is able to lay a proper foundation and whether the admission of the evidence comports with the Rules of Evidence."

1

| Exhibit No. | Description |
|---|---|
| 1 | Full Extraction Report of iMessages from Vavra's Light Blue iPhone |
| 1(a) | iMessages between Robert Sanchez Sr. and Vavra dated 11.10.19 |
| 1(b) | iMessages between Vavra and R.S. dated 6.25.19 |
| 1(c) | iMessages between Vavra and R.S. dated 7.2.19 |
| 1(d) | iMessages between Vavra and R.S. dated 7.5.19 |
| 1(e) | iMessages between Vavra and R.S. dated 7.13.19 |
| 1(f) | iMessages between Vavra and R.S. dated 7.15.19 |
| 1(g) | iMessages between Vavra and R.S. dated 7.26.19 through 7.27.19 |
| 1(h) | iMessages between Vavra and R.S. dated 8.30.19 |
| 1(i) | iMessages between Vavra and R.S. dated 9.7.19 |
| 1(j) | iMessages between Vavra and R.S. dated 9.17.19 through 9.25.19 |
| 1(k) | iMessages between Vavra and R.S. dated 9.28.19 |
| 1(l) | iMessages between Vavra and R.S. dated 10.1.19 |
| 1(m) | iMessages between Vavra and R.S. dated 10.21.19 |
| 2 | Full Extraction Report of SMS Text Messages from Vavra's Light Blue iPhone |
| 2(a) | Text Messages between Vavra and Deyanire dated 6.14.19 |
| 2(b) | Text Messages between Vavra and Kassi dated 6.14.19 |
| 2(c) | Text Messages between Vavra and Arlene dated 6.15.19 |
| 2(d) | Text Messages between Vavra and Deyanire dated 6.17.19 |
| 2(e) | Text Messages between Vavra and Deyanire dated 7.13.19 |
| 2(f) | Text Messages between Vavra and Deyanire dated 7.28.19 |
| 2(g) | Text Messages between Vavra and Deyanire dated 9.19.19 |
| 2(h) | Text Messages between Vavra and Kassi dated 10.21.19 |
| 2(i) | Text Messages between Vavra and Deyanire dated 10.23.19 |
| 2(j) | Text Messages between Vavra and Deyanire dated 11.07.19 |
| 2(k) | Text Messages between Vavra and Deyanire dated 11.17.19 |

| 2(l)  | Text Messages between Vavra and Deyanire dated 11.28.19 |
|-------|---------------------------------------------------------|
| 3     | Full Extraction Report of Text Messages Between R.S. and Deyanire Sanchez from R.S. & Deyanire's LG Phone |
| 3(a)  | Text Messages between Deyanire and R.S. dated 6.23.15 through 6.24.15 |
| 3(b)  | Text Messages between Deyanire and R.S. dated 7.7.15 |
| 3(c)  | Text Messages between Deyanire and R.S. dated 7.13.15 |
| 3(d)  | Text Message from Deyanire to R.S. dated 12.15.15 |
| 4     | Full Extraction Report of Text Messages Between Vavra and Deyanire from Deyanire and R.S.'s LG Phone |
| 4(a)  | Text Message from R.S. to Vavra dated 7.815 |
| 4(b)  | Text Messages between Deyanire Sanchez and Vavra dated 9.15.15 through 9.20.15 |
| 4(c)  | Text Messages between Vavra and R.S. dated 9.26.15 |
| 4(d)  | Text Messages between Vavra and Deyanire dated 12.14.15 through 12.20.15 |
| 4(e)  | Text Messages between Deyanire, Vavra, & R.S. dated 12.24.15 through 1.1.16 |
| 4(f)  | Text Message from R.S. to Vavra dated 5.9.16 |
| 5     | Full Extraction Report of Text Messages Between Deyanire and Vavra from Deyanire's Samsung |
| 5(a)  | Text Messages between Vavra and Deyanire dated 12.2.18 |
| 6     | R.S.'s Birth Certificate |
| 7(a)  | Photograph of R.S. inside Blue Display Truck from Vavra's Black Samsung |
| 7(b)  | Photograph of R.S. Standing in front of Blue Display Truck from Vavra's Black Samsung |
| 7(c)  | Photograph of R.S. Standing in front of Black Display Car from Vavra's Black Samsung |
| 7(d)  | Photograph R.S. Standing in front of Green Display Truck from Vavra's Black Samsung |
| 7(e)  | Photograph of R.S. at Waterpark from Vavra's Black Samsung |
| 7(f)  | Photograph of R.S. on Lawn Chair from Vavra's Black Samsung |

| 7(g) | Photograph of R.S. in Front of Window Showing Highway from Vavra's Black Samsung |
|---|---|
| 8(a) | Photograph of R.S. inside Green Display Truck from Vavra's Black Samsung |
| 8(b) | Photograph of R.S. inside Green Display Truck (2) from Vavra's Black Samsung |
| 9(a) | Photograph of R.S. inside of Bed of Truck Holding Football (1) from Vavra's Black Samsung |
| 9(b) | Photograph of R.S. inside of Bed of Truck Holding Football (2) from Vavra's Black Samsung |
| 10(a) | Photograph of R.S. in Swimming Pool from Vavra's Black Samsung |
| 10(b) | Photograph of R.S. Standing Outside inf front of Pool Black Trunks (1) from Vavra's Black Samsung |
| 10(c) | Photographs of R.S. Standing Outside in front of Pool in Black Trunks (2) from Vavra's Black Samsung |
| 11 | Photograph of R.S. with Vavra from Vavra's Black Samsung |
| 12 | Photograph of R.S. Standing Outside of Red Truck from Vavra's Black Samsung |
| 13(a) | Photograph of R.S. Standing Outside of Blue Display Truck from Vavra's Black Samsung |
| 13(b) | Photograph of R.S. Standing in Front of Mural on Blue Display Truck from Vavra's Black Samsung |
| 13(c) | Photograph of R.S. Sitting in Bed of Truck Holding Football from Vavra's Black Samsung |
| 14(a) | Photograph of R.S. Standing Outside by Truck Door Holding Football from Vavra's Black Samsung |
| 14(b) | Photograph of R.S. Standing Next to Nutcracker from Vavra's Black Samsung |
| 15(a) | Photograph of R.S. Standing in Street from Vavra's Black Samsung |
| 15(b) | Photograph of R.S. Sitting in Snow from Vavra's Black Samsung |
| 16 | Photograph of R.S. in Truck with Chocolate on His Face from Vavra's Black Samsung |
| 17(a) | Photograph of R.S. in Truck Watching T.V. from Vavra's Black Samsung |
| 17(b) | Photograph of R.S. Standing Next to Fence Next to Highway from Vavra's Black Samsung |

| | |
|---|---|
| 18(a) | Photograph of R.S. at Beach Holding Phone from Vavra's Black Samsung |
| 18(b) | Photograph of R.S. at Beach Shirtless in Trunks from Vavra's Black Samsung |
| 18(c) | Photograph of R.S. at Beach Standing in Water from Vavra's Black Samsung |
| 19 | Photograph of R.S. in front of Transformer from Vavra's Black Samsung |
| 20 | Full Extraction Report of SMS Text Messages from R.S.'s LG Phone |
| 20(a) | Text Messages Between R.S. and "Myte" dated 2.15.17 |
| 21 | Full Extraction Report of Instagram Messages from R.S.'s Red iPhone |
| 21(a) | Instagram Messages Between R.S. and E.B.L. dated 6.5.17 |
| 22 | Photograph of R.S. Laying on Bed in Truck from Vavra's Black Samsung |
| 23 | Full Extraction Report of Text Messages Between R.S. and Deyanire from R.S.'s Red iPhone |
| 24(a) | Text Messages Between R.S. and Deyanire dated 8.7.18 |
| 24(b) | Text Messages Between R.S. and Deyanire dated 4.22.19 |
| 24 | Photograph of R.S. in Suit from Vavra's Black Samsung |
| 25 | Photograph of Shirt Display R.S.'s from R.S.'s Red iPhone |
| 26 | Photograph of R.S. in Aggies Hoodie from R.S.'s Red iPhone |
| 27 | Photograph of R.S. and Vavra from R.S.'s Red iPhone |
| 28 | Photograph of Vavra Asleep on Couch from R.S.'s Red iPhone |
| 29 | Photograph of Vavra in Green Shirt from R.S.'s Red iPhone |
| 30 | Photograph of Vavra in Truck from R.S.'s Red iPhone |
| 31 | Photograph of Pilot Gas Station from R.S.'s Red iPhone |
| 32 | Photograph of Vavra's Truck from R.S.'s Red iPhone |
| 33 | Full Extraction Report of iMessages from R.S.'s Red iPhone |
| 33(a) | Messages between R.S. and Z.S. dated 3.16.19 |
| 34 | Sketch R.S. Drew During Forensic Interview |
| 35 | Meme About Blowjobs found on Vavra's Light Blue iPhone and sent to R.S. |
| 36(1)-(34) | 34 Photographs from the search of the Red Kentworth Truck |
| 37 | Vanessa Velez CV |

| | |
|---|---|
| 38 | R.S. El Paso Children's Hospital Sexual Assault Examination |
| 39 | 2015 TAX Records |
| 40 | 2016 TAX Records |
| 41 | 2017 TAX Records |
| 42 | 2018 TAX Records |
| 43 | 2019 TAX Records |
| 44(1)-(29) | Photographs from La Quinta Room 207 Search (29 photographs) |
| 45 | Vavra Black Samsung Chain of Custody Form |
| 46 | Vavra Consent Forms |
| 46(a) | Advice of Rights |
| 46(b) | Consent to Search |
| 47 | Vavra's Light Blue iPhone Chain of Custody Form |
| 48 | Photograph of Vavra's Browser History |
| 49 | Photograph of Flyer Posted on FitFam Instagram Page |
| 50 | R.S.'s North Valley Elementary School Attendance Records |
| 51 | North Valley Elementary School Calendar |
| 52(a) | 2015 Trips Summaries |
| 52(b) | 2015 Trips Maps |
| 53(a) | 2016 Trips Summaries |
| 53(b) | 2016 Trips Maps |
| 54(a) | 2017 Trips Summaries |
| 54(b) | 2017 Trips Maps |
| 55(a) | 2018 Trips Summaries |
| 55(b) | 2018 Trips Maps |
| 56(a) | 2019 Trip Summary |
| 56(b) | 2019 Trip Map |
| 57(1) –(41) | 41 State Criminal Statutes |

| 58 | Chart Listing State Criminal Statutes |
|---|---|
| 59 | Pages from Vavra's Facebook Return |
| 60 | Child Sexual Exploitation Image (1) |
| 60(a) | Data Associated with Child Sexual Exploitation Image (1) |
| 61 | Child Sexual Exploitation Image (2) |
| 61(a) | Data Associated with Child Sexual Exploitation Image (2) |
| 62 | Child Sexual Exploitation Image (3) |
| 62(a) | Data Associated with Child Sexual Exploitation Image (3) |
| 62 | Child Sexual Exploitation Image (4) |
| 62(a) | Data Associated with Child Sexual Exploitation Image (4) |
| 64 | Sean MacManus CV |
| 65 | Roy Lubit CV |

B. **Defense Exhibits**

Counsel for Defendant has indicated that it does not have any exhibits to list at this time.

Respectfully Submitted,

ASHLEY C. HOFF                                    MAUREEN SCOTT FRANCO
UNITED STATES ATTORNEY              FEDERAL PUBLIC DEFENDER

/S/                                                         /S/
SARAH VALENZUELA                          SHANE MCMAHON
Assistant U.S. Attorney                         Assistant Federal Public Defender
Texas Bar #24089261                            Western District of Texas
700 E. San Antonio, Suite 200              Richard C. White Federal Building
El Paso, Texas 79901                            700 E. San Antonio, D-401
(915) 534-6884                                      (915) 534-6525
                                                              Attorney for Vavra

/S/