IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | CAUSE NO. EP-20-CR-0065-DCG |
| | § | |
| TRAVIS WAYNE VAVRA. | § | |

**MOTION FOR ADULT ATTENDANT**

COMES NOW Guardian Ad Litem Felix Valenzuela and files this, his Motion for Adult Attendant, and shows the Court the following:

On January 2, 2020, the Grand Jury returned its Indictment, charging Defendant Travis Wayne Vera with a single count of Transportation of Minors. ECF No. 19.

On February 18, 2020, the Court entered its Order Appointing Guardian Ad Litem for the minor child R.S., pursuant to 18 U.S.C. § 3509(h). ECF No. 39.

On February 19, 2020, the Grand Jury returned its Superseding Indictment, charging Defendant with Transportation of Minors with Intent to Engage in Criminal Sexual Activity and Possession of a Visual Depiction Involving the Sexual Exploitation of a Minor (Prepubescent/Under 12 Years of Age).  ECF No. 41.

The instant case started jury trial on June 17, 2021.

Due to the pending jury trial setting, undersigned ad litem and the minor child met in the Court's courtroom, to familiarize the minor child with the courtroom and procedure.  During this meeting, the minor child requested from the Ad Litem that the Ad Litem sit beside the minor child during the time that the minor child is testifying during jury trial. 18 U.S.C. § 3509(i) provides:

> A child testifying at or attending a judicial proceeding shall have the right to be accompanied by an adult attendant to provide emotional

support to the child. The court, at its discretion, may allow the adult attendant to remain in close physical proximity to or in contact with the child while the child testifies. . . . The image of the child attendant, for the time the child is testifying or being deposed, shall be recorded on videotape.

*Id*. Pursuant to this statute, undersigned respectfully requests that the Court allow undersigned to sit beside the minor child during the minor child's testimony. Undersigned also prays for all other relief to which he is entitled in both equity and law.

WHEREFORE, premises considered, Guardian Ad Litem respectfully requests that the Court grant the instant motion. Guardian Ad Litem also prays for all other relief to which he is entitled, in both equity and law.

Respectfully submitted,

Valenzuela Law Firm
P. O. Box 26186
El Paso, Texas 79926
 (915) 209-2719
 (915) 493-2404 fax

By:   /s/ Felix Valenzuela
      State Bar No. 24076745
      felix@valenzuela-law.com
      Attorney for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that, on June 17, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I also emailed a copy of the foregoing to: sarah.valenzuela2@usdoj.gov.

      /s/ Felix Valenzuela

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| vs. § | **CAUSE NO. EP-20-CR-0065-DCG** |
| § | |
| **TRAVIS WAYNE VAVRA.** § | |

**ORDER**

On this day, the Court considered Guardian Ad Litem's "Motion for Adult Attendant" filed in the above-captioned cause. After due consideration, the Court is of the opinion that the Motion should be granted.

Accordingly, **IT IS HEREBY ORDERED** that Guardian Ad Litem's "Motion for Adult Attendant" is **GRANTED.**

**SIGNED** this ____ day of _____, 2021.

_____
**DAVID GUADERRAMA**
**UNITED STATES DISTRICT JUDGE**