UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CRIMINAL NO. EP-20-CR-00065-DCG |
| § | |
| TRAVIS WAYNE VAVRA, § | |
| § | |
| Defendant. § | |

## GOVERNMENT'S SECOND AMENDED WITNESS LIST

1. Robert Sanchez, Sr.

2. Deyanire Julier Sanchez

3. R.S.J.

4. Dr. Vanessa Velez

5. Shanna Beaulieu
   Special Agent, Federal Bureau of Investigation

6. Michael Burgess
   Special Agent, Federal Bureau of Investigation

7. Tomas Alvillar

8. Dr. Roy Lubit

9. Aaron Brandon McDaniel

10. Nathan James McDaniel

1

11. David Schwarz
    Special Agent, Federal Bureau of Investigation

        Respectfully submitted,

        ASHELY C. HOFF
        UNITED STATES ATTORNEY

BY:   /s/
        SARAH VALENZUELA
        Assistant U.S. Attorney
        Texas Bar #24089261
        700 E. San Antonio, Suite 200
        El Paso, Texas 79901
        (915) 534-6884

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 23, 2021, a true and correct copy of the foregoing instrument was emailed to defense counsel Shan McMahon and Elyse Bataller.

                                                     /s/
                                         SARAH VALENZUELA
                                         Assistant U.S. Attorney