305B-EP-3204745 Serial 157
-1 of 7-

FD-302 (Rev. 5-8-10)

# FEDERAL BUREAU OF INVESTIGATION

Date of entry  03/17/2020

## CHILD VICTIM AND CHILD WITNESS IDENTITY INFORMATION

This document contains information regarding a child victim's or child witness's identity, which may only be disclosed to individuals who have a need-to-know such information by reason of their participation in the associated proceeding, or if disclosure is necessary to protect the welfare and well-being of the child.

Nathan Lee Sauceda (Sauceda), DOB ▮▮▮▮▮, SSN ▮▮▮▮▮▮▮ residential address ▮▮▮▮▮▮▮ Santa Teresa, NM 88008, telephone number (915) ▮▮▮▮▮ was interviewed at the El Paso Federal Justice Center, 660 S. Mesa Hills Dr., Ste. 3000, El Paso, TX 79912. After being advised of the identities of the interviewing agents and the nature of the interview, Sauceda provided the following information:

**The below is an interview summary. It is not intended to be a verbatim account and does not memorialize all statements made during the interview. Communications by the parties in the interview room were electronically recorded. The recording captures the actual words spoken.**

**Agent Note:** SA Shanna L. Beaulieu advised Sauceda that lying to a Federal Agent was a crime; therefore, interviewing Agent was requesting that Sauceda tell the truth. SA Beaulieu also advised Sauceda that he was not a target of the investigation.

Sauceda's step-father's name is Manny Chavez. Sauceda is familiar with Travis Vavra and recalled the note that he saw on the news.

**Agent Note:** Sauceda confirmed the note to which he was referring was the one shown to him by SA Beaulieu.

Sauceda is familiar with Travis Vavra and refers to him as "Travis." Sauceda described Travis as a "good friend." Sauceda met Travis through Aaron McDaniel (Aaron), Travis' grandson, when Sauceda was in the fifth grade and approximately nine years old. Sauceda and Aaron attended Anthony,

| Investigation on | 03/05/2020 | at | El Paso, Texas, United States (In Person) |
|---|---|---|---|

File # 305B-EP-3204745  Date drafted 03/06/2020

by Shanna L. Beaulieu, Laura M. Conklin

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

EP-20-CR-00065-PRM - 0

**GOVERNMENT EXHIBIT**
CASE NO. EP-20-CR-00065-DCG
EXHIBIT NO. 1

FD-302a (Rev. 5-8-10)       305B-EP-3204745 Serial 157

305B-EP-3204745
Continuation of FD-302 of (U) Nathan Lee Sauceda a.k.a. Little Nate , On 03/05/2020 , Page 2 of 7

Texas Elementary School and Middle School. Aaron then attended Canutillo High School and Sauceda went to Anthony High School. Aaron was spoiled by Travis because he (Aaron) was Travis' grandson.

**Agent Note:** SA Laura Conklin arrived to assist SA Beaulieu with the interview.

Aaron was Sauceda's best friend and Travis would pick up Sauceda and take him (Sauceda) to Aaron's house. Sauceda last spoke to Travis approximately a year ago, maybe in the summer. Sauceda was picking up food from a burrito place, Cazares, in Anthony, TX, and was exiting the restaurant while Travis was entering the restaurant. Travis and Sauceda said hello and Sauceda asked Travis how Aaron was doing. Travis told Sauceda that Aaron was saying that Travis had touched him (Aaron) on the truck. Sauceda was like "oh wow." Sauceda was not mad or anything and did not know if it was true or not.

Sauceda does not believe that Travis touched Aaron on the truck. Aaron and Sauceda lied when they were kids to get out of trouble, but Sauceda does not believe Aaron would lie to him (Sauceda). Sauceda does not believe Travis touched Aaron because Sauceda traveled with Aaron and Travis on the big truck, starting when Sauceda was in approximately sixth grade. The big truck meant Travis' semi-truck. Sauceda would travel with Aaron and Travis all throughout their summer vacation in the semi-truck. If Aaron had been touched by Travis on the semi-truck, before Sauceda began traveling with them, why would Aaron keep going on the semi-truck with Travis? Then later on, when Aaron and Nathan were adults and had stopped traveling on the semi-truck with Travis, Aaron would say to Sauceda that they (Aaron and Sauceda) should go on the semi-truck again with Travis. Why would he (Aaron) say that if Travis had touched him? Sauceda also traveled alone with Travis, on the semi-truck. Why would Aaron let his best friend go on the semi-truck with someone who has touched him (Aaron)? These are the reasons Sauceda does not believe Travis touched Aaron, but it is possible Aaron was to scared to tell Sauceda that Travis touched him.

Travis has never done anything to Sauceda to make him feel like he should be concerned for his (Sauceda's) safety. Sauceda and Aaron have never talked about Travis touching Aaron because it was none of his (Sauceda's) business and he and Aaron have not talked to each other in a couple of years. Sauceda also did not want Aaron to feel embarrassed if he (Aaron) had to

FD-302a (Rev. 5-8-10)            305B-EP-3204745 Serial 157

305B-EP-3204745

Continuation of FD-302 of  (U) Nathan Lee Sauceda a.k.a. Little Nate  , On  03/05/2020  , Page  3 of 7

tell him (Sauceda). If Sauceda was in Aaron's shoes, Sauceda would not tell anyone about it (being touched) either. The last time Sauceda talked to Travis on the telephone was a very long time ago, before Sauceda saw Travis at the restaurant. The last time Sauceda and Travis talked via Facebook Messenger was approximately two years ago, and the conversation consisted of small talk, such as "how are you doing?"

Sauceda traveled on the semi-truck, alone with Travis, when Sauceda was approximately sixteen years old. Sauceda asked Travis if he could find a load going to Michigan state, so that Sauceda could go with Travis to see Sauceda's girlfriend. Sauceda traveled with Travis and Aaron, on the semi-truck, on approximately three occasions. Sauceda also traveled with Travis and Aaron's cousin, Frank, on the semi-truck on one occasion and then on one occasion alone (as stated above). The only other occasion that Sauceda could recall traveling with Travis, was to North Dakota. Sauceda traveled with Travis, Aaron and Frank to North Dakota, in Travis' black Suburban, for a family reunion. Sauceda could not recall to whose family reunion, possibly Travis', but Sauceda was not sure.

Sauceda did not hang out with Travis alone, he would only be around Travis because he (Sauceda) was with Aaron. Sauceda's nickname is "Little Nate" because Aaron's brother, Nathan McDaniel (Nathan), was "Big Nate" because he was older than Saucedo. Travis lived with Aaron at the 401 Chisom address, so Travis would pick up Sauceda and take him to Aaron's house so Sauceda could hang out with Aaron. Travis would also take Aaron and Sauceda to the store or to get food. Sauceda knows Nathan McDaniel, but not very well. Sauceda recalled Travis getting custody of a child named R███ (RS)(Juvenile Protect Identity). Sauceda believes he may have been in the ninth grade when this occurred. Sauceda thinks RS' dad died or something, but could not recall who told him this, or if Sauceda just assumed this is what occurred. Sauceda does not know RS' last name, but believes RS was approximately nine years old, or younger, when Travis received guardianship of RS.

Sauceda did see RS at the 401 Chisom address because basically RS replaced them (Aaron and Sauceda). Travis would spoil them (Aaron and Sauceda); however, once RS showed up, then Travis began to spoil RS because it was his turn. Sauceda would get spoiled because Travis would spoil Aaron and Sauceda would be with Aaron and get to use the items Travis bought

FD-302a (Rev. 5-8-10)

305B-EP-3204745 Serial 157

305B-EP-3204745

Continuation of FD-302 of (U) Nathan Lee Sauceda a.k.a. Little Nate , On 03/05/2020 , Page 4 of 7

Aaron. If Aaron wanted a dirt bike suit and helmet, Travis would buy it for Aaron. Sauceda could not ask Travis for things like that, but Travis would buy Sauceda food. Travis never gave Sauceda money, a bank card or a credit card. Sauceda thought Aaron was rich because when they were in grade school, Aaron would ask Travis for ten dollars and Travis would give Aaron twenty dollars.

Sauceda did not like staying at his (Sauceda's) house, so Sauceda tried to live with Aaron as much as he could. Sauceda would either sleep on the couch or with Aaron when he stayed at the 401 Chisom address. Sauceda never slept in Travis' room or with Travis. The trips Sauceda took with Travis, on the semi-truck, would last approximately one or one and half weeks. Sauceda would sleep on the top bunk bed, by himself, and Aaron would sleep with Travis on the bottom bunk bed in the semi-truck. Occasionally Aaron and Sauceda would sleep in the same bed, but Sauceda never slept in a bed with Travis. When Sauceda traveled alone with Travis, they would each sleep in their own bed, Sauceda on the top bunk bed and Travis on the bottom bunk bed. When Sauceda traveled with Frank, they shared the bottom bunk bed and Travis slept on the top bunk bed. Sauceda never traveled on the semi-truck with Bryanna or Nathan McDaniel.

Sauceda and Aaron had to try and be friends with RS because RS was a loner. Sauceda and Aaron would involve RS sometimes, play video games, football, etc. Sauceda did not recall talking to RS, because he did not want to be friends with RS, because he was so young, but Sauceda felt he had to try to be RS' friend. The last time Sauceda saw RS was approximately his junior year of high school, possibly at the 401 Chisom address. Travis would get into fights with Aaron's mom (Martha) and she would kick Travis out of the house. Travis would then stay in a hotel and Aaron, Sauceda and RS would stay in the hotel with Travis. Travis would take all of them to school the next morning and each of them went to a different school. Nathan would also stay in the hotel rooms with them. Travis would rent a room with two beds and sometimes Aaron would sleep with Travis, or RS and Nathan slept with Travis. Sauceda recalled staying in the Red Roof Inn on Remcon, near the Walmart with Travis, Aaron, Nathan and RS. Sauceda recalled staying at the hotel on approximately five occasions. Sauceda never stayed with Travis at the La Quinta and he never stayed with Travis alone at the hotel. It was always Sauceda, Aaron and Nate staying with Travis at the hotel, and then on

FD-302a (Rev. 5-8-10)   305B-EP-3204745 Serial 157

305B-EP-3204745

Continuation of FD-302 of  (U) Nathan Lee Sauceda a.k.a. Little Nate  , On  03/05/2020  , Page  5 of 7

one occasion RS stayed with them as well.

Sauceda did not find RS and Travis' relationship to be strange, nor did Sauceda ever witness anything that concerned him. Sauceda heard RS was abused by his father, in his (RS') old family, and Travis always took really good care of them. Sauceda enjoyed being in the presence of Travis and Sauceda believes RS enjoyed being in the presence of Travis because he (RS) wasn't being mistreated. Once RS replaced Sauceda and Aaron, Sauceda and Aaron could not travel with Travis on the semi-truck together. Travis would only take two people, so if Sauceda wanted to go on the semi-truck, he would have to go with RS. RS really liked being on the semi-truck and was used to being on the semi-truck. Aaron grew up in the semi-truck and he (Aaron) loved it as well. The only way Aaron and Sauceda could travel together was if RS wasn't going with Travis.

Travis let Sauceda listen to a few seconds of a voicemail RS left on Travis' phone. RS could not go with Travis because he was in school and RS left Travis a voicemail, crying, because he wanted to be on the semi-truck with Travis. Sauceda was a junior or senior in high school when this occurred. Sauceda believed Travis was trying to show Sauceda how damaged RS was from the abuse by his father. Travis told Sauceda that RS would be beaten and locked in a closet by his (RS') father. Travis told them (Aaron and Sauceda) that one time, when Travis and RS were in Walmart, Travis showed RS a shirt that he thought RS would like. RS told Travis that the shirt reminded him (RS) of a similar shirt he was wearing when he was being abused.

Sauceda found Travis to be truthful. RS never told Sauceda that he was abused by his father and Sauceda never saw any bruises on RS. Sauceda and Aaron parted ways when they went to high school. Aaron had a girlfriend and was always with her and Sauceda was in Anthony, TX. Sauceda saw Aaron in Walmart approximately one month ago. They did not talk about the abuse and Travis had already been arrested. Sauceda and Aaron engaged in small talk only.

Aaron messaged Sauceda through Snapchat, and told him that the FBI had talked to him (Aaron) and that the FBI may want to talk to Sauceda as well. Sauceda also had a dream that Aaron's family was treating him badly, so Sauceda asked Aaron if everything was alright, and Aaron said yes, he was

FD-302a (Rev. 5-8-10)
305B-EP-3204745 Serial 157

305B-EP-3204745
Continuation of FD-302 of (U) Nathan Lee Sauceda a.k.a. Little Nate , On 03/05/2020 , Page 6 of 7

alright, but that there was some stuff going on with Travis and that Aaron and Sauceda could talk about it in person, but this never occurred. Sauceda found out Travis was arrested through the news. Sauceda saw the flyer and/or note (discussed above) and read it, and Sauceda thought Martha was setting up Travis. Martha is manipulative over her children and could get them to be on her side against Travis. Sauceda thought Martha and Travis may have gotten into a fight and Martha wrote the note.

If Travis did write the note, Sauceda thought it was because RS needed a friend on the truck. If that was not the case, then Travis crossed the line by writing that, especially if Travis did touch Aaron. Sauceda found out Travis was arrested through the news, and if Travis is a pedophile then he should be arrested. Frank was not around very often and his full name may be Frank Lopez. Frank is the same age as Sauceda, nineteen years old, and used to live in the Vinton area, next to the Dollar General. Frank went to Canutillo High School. Sauceda last spoke to Frank when they were in middle school.

Travis never touched or attempted to touch or molest Sauceda, nor did Travis every physically abuse Sauceda. Travis is married to someone called Emaw. Sauceda is not sure of Emaw's real name, but knew she was very old and diabetic. Sauceda has never known Travis to be homosexual. Sauceda never used or viewed Travis' cellular telephone. Travis never showed Sauceda any pornographic images of either adults or children. No one ever told Sauceda that Travis showed them pornographic images.

Sauceda was asked to keep the above statements confidential. Sauceda only knew RS' mom because she would drop off RS and have small talk with Travis. When RS spent the night at the 401 Chisom address, RS would sleep with Travis. Sauceda assumed RS was sleeping in the bed with Travis. Sauceda never saw RS sleeping on the couch. Travis would buy RS expensive things, like a drone for Christmas and possibly a cellular telephone. Sauceda only ever saw Travis touch Aaron, Nathan or RS in a Grandpa way, like Travis would rub their bellies. Aaron and Travis had a good relationship as did Nathan and Travis. Aaron and Nathan got whatever they wanted, all the time. Sauceda believes Travis was Jason McDaniel's father.

Sauceda lives with his girlfriend, Ana Scott (Scott), and they live on ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, next to Santa Teresa High School. Scott's birthday is ▮

FD-302a (Rev. 5-8-10)    305B-EP-3204745 Serial 157

305B-EP-3204745

Continuation of FD-302 of  (U) Nathan Lee Sauceda a.k.a. Little Nate  , On  03/05/2020  , Page  7 of 7



    Flyer and/or note, Scott CPClear report and notes of the interview will be attached to the 1A section of this file.